**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MATTHEW BERNAL, | § | |
| *Plaintiff*, | § § § | |
| v. | § | |
| ORTHOFIX MEDICAL INC., JON C. | § | CIVIL ACTION NO. 2:24-CV-00690-JRG |
| SERBOUSEK, KEITH VALENTINE, JOHN | § | |
| BOSTJANCIC and PATRICK KERAN, | § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Stipulation Requesting an Extension of Time for Defendants to Respond to the Complaint (the "Motion") filed by Plaintiff Matthew Bernal ("Plaintiff"), and Defendants Orthofix Medical Inc. and Jon C. Serbousek, (collectively "Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 6.) In the Motion, Defendants request an extension of time to respond to the Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint," Dkt. No. 1). (Dkt. No. 6 at 1.) Specifically, Defendants request that the Court extend their deadline to answer the complaint "pending the Court's resolution of any forthcoming motion(s) for appointment of lead plaintiff." (*Id*. at 2.) In exchange for the extension, Defendants agree to accept service of the Complaint. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** as follows:

1. Defendants' time to respond to the Complaint (by motion, answer, or otherwise) shall be extended *sine die* pending the Court's resolution of any forthcoming motion(s) for appointment of lead plaintiff.

2. Within ten (10) days of the Court's order resolving any forthcoming lead plaintiff motion(s), counsel for the parties shall confer regarding a schedule for the filing of a

consolidated complaint and response thereto. The parties will submit a proposed schedule to the Court within twenty-one (21) days of the Court's order resolving any forthcoming lead plaintiff motion(s). After such submission, the Court may notice an in-person scheduling conference.

3. In the event that no party files a motion for appointment of lead plaintiff and lead counsel pursuant to Section 21D of the Private Securities Litigation Reform Act on or before October 21, 2024, Defendants' response shall be due by October 28, 2024.[1]

**So ORDERED and SIGNED this 1st day of October, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] The Court further acknowledges that under the Parties' agreement, (1) Defendants have accepted service of the Complaint, and (2) Defendants have not waived any "potential defenses in this litigation, including but not limited to defenses relating to venue or jurisdiction." (Dkt. No. 6 at 2.)