**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MATTHEW BERNAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, KEITH VALENTINE, JOHN BOSTJANCIC, and PATRICK KERAN,<br><br>Defendants. | Case No. 2:24-CV-00690-RG<br><br><br><br>**<u>JURY TRIAL DEMANDED</u>** |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MARK BONTA MEDICINE P.C.'S MOTION FOR**
<u>**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**</u>

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and counsel for lead plaintiff movant Mark Bonta Medicine P.C. ("MBM" or "Movant").

2.      I submit this Declaration, together with the attached exhibits, in support of MBM's motion for appointment as Lead Plaintiff and approval of its selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and The Schall Law Firm ("SLF") as Co-Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:      Notice published August 21, 2024, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:      MBM's PSLRA Certification;

Exhibit C:      MBM's Loss Chart;

Exhibit D:      MBM's Declaration;

Exhibit E:      Scott+Scott's firm résumé; and

Exhibit F:      SLF's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 21st day of October 2024.

*/s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2