# EXHIBIT A

Scott+Scott Attorneys at Law LLP Files Securities Class Action Agains...    about:reader?url=https%3A%2F%2Fwww.businesswire.com%2Fnew...

Case 2:24-cv-00690-JRG    Document 16-2    Filed 10/21/24    Page 2 of 4 PageID #: 235

businesswire.com

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Orthofix Medical, Inc. (NASDAQ: OFIX)

~4 minutes

NEW YORK--(BUSINESS WIRE)--Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Eastern District of Texas against Orthofix Medical, Inc. ("Orthofix" or the "Company") (NASDAQ: OFIX), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired Orthofix common stock between October 11, 2022, and September 12, 2023, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Bernal v. Orthofix Medical, Inc., et al.*, Case No. 2:24-cv-00690.

## CLICK HERE TO LEARN MORE

Orthofix is a global spine and orthopedics company that offers biologics, spinal hardware, bone growth therapies, and specialized orthopedic

solutions, among other things, to healthcare professionals throughout the world.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Defendants failed to disclose that certain of the Company's management team had engaged in repeated inappropriate and offensive conduct.

As the truth about adverse facts concerning the Company's management team reached the market, the price of Orthofix's common stock suffered significant declines, harming investors. For example, on September 12, 2023, Orthofix announced the unanimous decision by its Board's independent directors to terminate and replace the offending members of the Company's management team. On this news, the Company's stock declined $5.62 per share, or over 30%, to close at $13.01 per share on September 13, 2023, on unusually heavy volume.

### Lead Plaintiff Deadline

If you purchased Orthofix common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Eastern District of Texas no later than October 21, 2024.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

### What You Can Do

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

## About Scott+Scott

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.