# EXHIBIT B

**<u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>**

1.      I, Mark Bonta, MD, FRCPC, on behalf of Mark Bonta Medicine P.C. ("MBM"), as owner with authority to bind MBM and enter into litigation on its behalf, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Orthofix Medical Inc. ("Orthofix" or the "Company") and authorize the filing of a lead plaintiff motion on behalf of MBM.

3.      MBM did not purchase or acquire Orthofix securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      MBM is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Orthofix securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of MBM's transactions in Orthofix securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, MBM has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      MBM agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the

foregoing is true and correct this day of 10/21/2024 _____.

**Signed by:**

_____

5873276F389B4FA

Mark Bonta, MD, FRCPC
Owner, Mark Bonta Medicine P.C.

# Schedule A

**Orthofix Medical Inc.**         **Ticker:**  **OFIX**     **Cusip:**     **68752M108**

Class Period: 10/11/2022 to 09/12/2023

**Mark Bonta Medicine P.C.**         **DATE**     **SHARES**     **PRICE**

                                **Received**    1/5/2023    6,443     $20.90