# EXHIBIT C

LOSS ANALYSIS
**Class Period: 10/11/2022 to 09/12/2023**

Orthofix Medical Inc.

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| OFIX | 68752M108 | BGGJFT6 | US68752M1080 | 11.68 | * |

Mark Bonta Medicine P.C.

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
| Purchase | 1/5/2023 | 6,443 | $20.90 | (134,677.67) |
| Class Period purchases: | | 6,443 | | (134,677.67) |
| | LIFO Retained Purchases: | 6,443 | $11.68086 | 75,270.38 |

**\* Value of retained shares is the mean trading price from 09/13/2023 to 12/12/2023**     LIFO Gain/(Loss):     **(59,407.29)**