# EXHIBIT D

## DECLARATION OF MARK BONTA

I, Mark Bonta, MD, FRCPC, on behalf of Mark Bonta Medicine P.C. ("MBM"), pursuant to 28 U.S.C. §1746, declare as follows:

1. I, Mark Bonta, MD, FRCPC respectfully submit this declaration in support of MBM's motion for appointment as Lead Plaintiff, and approval of its selection of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and the Schall Law Firm ("SLF") as Co-Lead Counsel. I have personal knowledge about the information in this Declaration relating to myself, and if called as a witness, could testify competently thereto.

2. I am informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am aware that, as lead plaintiff, MBM will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and am empowered to authorize a potential settlement on behalf of the Class. MBM is willing to perform these duties on behalf of the Class.

3. I am 45 years old, and I reside in Collingwood, Ontario, Canada. I have a Medical Degree from the University of Toronto. I am a medical doctor specializing in internal medicine and consider myself a sophisticated investor with approximately 15 years of investing experience, including in the U.S. stock market. After due consideration, I decided to seek appointment as Lead Plaintiff.

4. As reflected in my Certification, MBM purchased or otherwise acquired Orthofix Medical Inc. common stock during the Class Period. I am motivated to recover my related damages for my own benefit and the benefit of all members of the Class.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am highly incentivized to recover the substantial losses I suffered as a result of the defendants' alleged violations of the federal securities laws, and am committed to actively directing this litigation and maximizing the recovery for the Class.  I believe that the allegations asserted in the Complaint are meritorious and that the Class will benefit from having a highly motivated investor, with substantial financial interests at stake, in control of the case.  I understand that I could have chosen to pursue an individual action, or I could have taken no action and remained an absent class member.

7.      I am aware of a lead plaintiff's obligation under the PSLRA to select lead counsel, and to supervise the prosecution of the case to guarantee that it is prosecuted efficiently. Through supervision of Scott+Scott and SLF, I will ensure that the case is prosecuted for the benefit of the Class in an efficient and effective manner.  In order to achieve this result, I plan to consult with my counsel regularly regarding the prosecution of this lawsuit via telephone, email, and other forms of electronic communication.  To this end, I have already had numerous meetings with my counsel by phone and email.

Docusign Envelope ID: 501FA6E1-18E9-4EAA-BABE-B6B38A966211

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this day of _10/21/2024_____.

_____

Mark Bonta, MD, FRCPC
Owner, Mark Bonta Medicine P.C.