# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

November 12, 2024

<u>Via ECF</u>

Hon. J. Rodney Gilstrap,
   United States District Court for the Eastern District of Texas,
      Sam B. Hall Jr. Federal Building and United States Courthouse,
         100 East Houston Street,
            Marshall, Texas 75670.

       Re:    *Bernal* v. *Orthofix Medical Inc., et al.*,
            <u>Case No. 2:24-cv-00690-JRG (E.D. Tex.)</u>

Dear Judge Gilstrap:

        I write on behalf of Defendant Orthofix Medical Inc. ("Orthofix") regarding the motions for appointment of lead plaintiff that were filed on October 21, 2024 in the securities putative class action captioned *Bernal* v. *Orthofix Medical Inc., et al.*, No. 2:24-cv-00690 ("*Bernal* Action"), before this Court, and to notify the Court of a later-filed duplicative securities putative class action captioned *O'Hara* v. *Orthofix Medical Inc., et al.*, No. 3:24-cv-01593 (S.D. Cal.) ("*O'Hara* Action"), pending in the United States District Court for the Southern District of California before the Honorable Linda Lopez.

        Because the *O'Hara* Action is substantially similar to the *Bernal* Action, Orthofix will file today in the *O'Hara* Action a motion to transfer the *O'Hara* Action to this Court pursuant to the first-to-file rule and 28 U.S.C. § 1404(a).  In the transfer motion, Orthofix explains that the proposed class in *O'Hara*—persons who acquired Orthofix shares in a January 2023 merger with SeaSpine Holdings Corporation ("Merger")—is subsumed by the proposed class in the *Bernal* Action before this Court, and that this Court is already considering whom to appoint as lead plaintiff in the *Bernal* Action.  Because the *Bernal* Action is the first-filed securities putative class action, Orthofix explains in the transfer motion that under the Private Securities Litigation Reform Act ("PSLRA"), this Court should decide who the lead plaintiff will be for the proposed duplicative classes in the *Bernal* and *O'Hara* Actions.[1]  Although Orthofix takes no position on the pending

_____

[1]     The PSLRA imposed stringent lead plaintiff appointment procedures to "protect[] investors who join class actions against lawyer-driven lawsuits by giving control of the litigation to lead

Hon. J. Rodney Gilstrap                                                                -2-

lead plaintiff motions before this Court, it believes it is important to notify the Court of the duplicative *O'Hara* Action and the aforementioned motion to transfer, and to provide further details about these actions.[2]

On August 21, 2024, Plaintiff Matthew Bernal filed the *Bernal* Action in this Court against Orthofix, Jon Serbousek, Keith Valentine, John Bostjancic, and Patrick Keran asserting putative class claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. The putative class in the *Bernal* Action includes all investors who purchased Orthofix stock on the open market and/or acquired Orthofix stock through the Merger between October 11, 2022 and September 12, 2023. Rather than seek to be appointed lead plaintiff in the *Bernal* Action, plaintiff Tommy O'Hara chose to file a duplicative action in the Southern District of California. The *O'Hara* Action asserts misstatement claims under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 against the same defendants as in the *Bernal* Action and others and based on many of the same disclosures already challenged in the *Bernal* Action. Moreover, the putative class O'Hara seeks to represent—investors who acquired Orthofix stock through the Merger on January 5, 2023—is already part of the *Bernal* Action's class definition.

There is additional significant overlap between the *Bernal* and *O'Hara* Actions as well. The complaints in both the *Bernal* Action and the *O'Hara* Action assert misstatement claims relating to the Merger and September 2023 announcement of the departure of three members of Orthofix's management team. Both actions allege that defendants made material misstatements in the Merger announcement, registration statement, and the final prospectus, which were purportedly because they did not disclose the conduct leading to the three executives' termination. Both actions claim that the alleged misstatements inflated Orthofix's stock price and that, when purportedly corrected, led to financial losses. And, as noted, every member of the putative class in the *O'Hara* Action also is a member of the putative class in the *Bernal* Action pending before this Court.

Under the PSLRA, "only the plaintiff or plaintiffs in the first filed action shall be required" to provide notice to members of the purported plaintiff class. 15 U.S.C. § 78u-4(a)(3)(A)(ii). Accordingly, the notice in the *Bernal* Action—published on August 21, 2024 by

---

plaintiffs with substantial holdings of the securities of the issuer." H.R. Conf. Rep. No. 104-369, at 31 (1995).

[2]     As the Court is aware, on October 28, 2024, plaintiffs Felicia and Guillermo Marti brought a shareholder derivate suit purportedly on behalf of Orthofix in this Court, which also is pending before Your Honor. *Marti* v. *Serbousek, et al.*, 2:24-cv-00864 (E.D. Tex.). The complaint in that case is based on nearly the same allegations as in the *Bernal* Action and the *O'Hara* Action, and it asserts contribution claims that are directly contingent on the success of the *Bernal* and *O'Hara* Actions.

Hon. J. Rodney Gilstrap                                                                    -3-

Scott+Scott Attorneys at Law LLP—started the 60-day clock to "move the court to serve as lead plaintiff of the purported class." 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Prior to the October 21, 2024 deadline to file for lead plaintiff, I wrote to counsel for plaintiff in the *O'Hara* Action, alerting them to the *Bernal* Action and suggesting that they submit a lead plaintiff application in this Court in the *Bernal* Action.  *See* Exhibit A.  Plaintiff O'Hara chose not to do so.

On October 21, 2024, three groups of alleged Orthofix shareholders filed motions to be appointed lead plaintiff and approve their lead counsel selection in the *Bernal* Action: (i) Michael Blumenthal; (ii) Mark Bonta Medicine P.C. ("MBM"); and (iii) Southeastern Pennsylvania Transportation Authority ("SEPTA").  SEPTA alleges significantly larger losses than either of the other two applicants, making it the presumptive lead plaintiff under the PSLRA.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii) ("[T]he court shall adopt a presumption that the most adequate plaintiff . . . has the largest financial interest in the relief sought by the class.").  As a result, both Mr. Blumenthal and MBM have withdrawn their lead plaintiff motions.  (*See* ECF Nos. 28, 29.)  SEPTA acknowledges in its application that "[t]he *O'Hara* action is based on similar and related misrepresentations and omissions in Orthofix's prospectus and registration statement for the Merger," and states that "SEPTA's purchases of Orthofix stock render SEPTA eligible to move for lead plaintiff in that case as well." (ECF No. 15-1 at 6, n.5.)  SEPTA, moreover, has alleged a larger loss than plaintiff O'Hara.  (*See* ECF No. 15-4.)

Because the *O'Hara* Action is substantially similar to the *Bernal* Action in this Court and because SEPTA appears to intend to also file for lead plaintiff status in the *O'Hara* Action, Orthofix intends to file a motion to transfer the *O'Hara* Action to this Court in an effort to conserve judicial and party resources and avoid duplicative proceedings and the risk of conflicting decisions.

If the Court has any questions or requires additional information, Orthofix would be happy to provide it.

Respectfully submitted,

Jeffrey T. Scott

Enclosures

cc:  Counsel for Plaintiff (via ECF)