**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TOMMY O'HARA, Individually and on Behalf of All Others Similarly Situated, §§§§ | |
| *Plaintiff*, §§ | |
| v. §§§ | CIVIL ACTION NO.  2:24-CV-00979-JRG |
| ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, DOUGLAS C. RICE, CATHERINE M. BURZIK, WAYNE BURRIS, JASON M. HANNON, JAMES F. HINRICHS, LILLY MARKS, MICHAEL E. PAOLUCCI, JOHN E. SICARD, THOMAS A. WEST, KEITH C. VALENTINE, KIMBERLEY A. ELTING, and PATRICK L. KERAN, §§§§§§§§§§§ | |
| *Defendants*. §§ | |

**ORDER**

The Court issues this Order *sua sponte*. The above-captioned case is hereby **ORDERED** to be **CONSOLIDATED** for all pretrial and trial purposes with Case No. 2:24-cv-00690. It is further **ORDERED** that Case No. 2:24-cv-00690 shall be the lead consolidated case.

All parties are instructed to file any future filings in the **LEAD CASE**. The Clerk is instructed to add the consolidated parties into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in the member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in the member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

So **ORDERED and SIGNED this 10th day of December, 2024.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE