**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MATTHEW BERNAL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>    v. <br><br> ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, KEITH VALENTINE, JOHN BOSTJANCIC, and PATRICK KERAN, <br><br> Defendants. | Case No. 2:24-cv-00690 <br> [**LEAD CASE**] <br><br><br> <u>CLASS ACTION</u> |
| TOMMY O'HARA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>    v. <br><br> ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, DOUGLAS C. RICE, CATHERINE M. BURZIK, WAYNE BURRIS, JASON M. HANNON, JAMES F. HINRICHS, LILLY MARKS, MICHAEL E. PAOLUCCI, JOHN E. SICARD, THOMAS A. WEST, KEITH C. VALENTINE, KIMBERLEY A. ELTING, and PATRICK KERAN, <br> Defendants. | Case No. 2:24-cv-00979 <br> [**CONSOLIDATED**] <br><br><br> <u>CLASS ACTION</u> |

<u>**JOINT MOTION TO RECAPTION THE LEAD CASE AND TO ESTABLISH A SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT, RESPONSE(S) THERETO, AND RELATED BRIEFING**</u>

Lead Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA" or "Lead Plaintiff") and Defendants Orthofix Medical Inc. ("Orthofix"), Jon C. Serbousek, Keith C. Valentine, John Bostjancic, Patrick L. Keran, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, and Kimberley A. Elting ("Defendants," and together with SEPTA, "Parties") hereby jointly move the Court for an Order to Recaption the Lead Case[1] and Regarding Scheduling of Filing a Consolidated Complaint, Response(s) Thereto, and Related Briefing ("Order") in the above-captioned matter.

## BACKGROUND

The above-captioned action (the "Action") is a consolidated putative class action asserting claims against Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, and under Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 ("1933 Act" or "Securities Act"). Accordingly, this action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including provisions for the appointment of a lead plaintiff and lead counsel for the putative class.

On September 13, 2024, prior to the appointment of SEPTA as Lead Plaintiff, Plaintiff Matthew Bernal and Defendants Orthofix and Jon C. Serbousek submitted an Unopposed Motion for Extension of Time to File Response to the Complaint (ECF No. 6), which was so ordered by the Court on October 2, 2024 (ECF No. 10) ("October 2, 2024 Order"). The October 2, 2024 Order (1) stayed Defendants' time to respond to the Complaint *sine die* pending the Court's resolution of any forthcoming motion(s) for appointment of lead plaintiff; and (2) ordered that the parties confer

---

[1] In the Consolidation Order dated December 11, 2024 (ECF No. 35), the Court designated *Matthew Bernal v. Orthofix Medical Inc., et al.*, No. 2:24-cv-00690, as the "Lead Case."

regarding a schedule for the filing of a consolidated complaint and response thereto within ten (10) days of the Court's order resolving any forthcoming lead plaintiff motion(s) and that the parties submit a proposed schedule for the filing of a consolidated complaint and response thereto to the Court within twenty-one (21) days of the Court's order resolving any forthcoming lead plaintiff motion(s).

On November 27, 2024, *O'Hara v. Orthofix Med. Inc.*, No. 2:24-cv-00979 (the "*O'Hara* Action") was transferred in from the Southern District of California to this Court. *See* ECF No. 33. On December 11, 2024, the Court issued an order (ECF No. 35) consolidating the *O'Hara* Action with *Bernal v. Orthofix*, No. 2:24-cv-00690, and naming the latter as the Lead Case.

On January 3, 2025, the Court issued an order (ECF No. 41) appointing SEPTA as Lead Plaintiff and Cohen Milstein Sellers & Toll PLLC as Lead Counsel for the proposed class.

## ARGUMENT

In accordance with the October 2, 2024 Order, counsel for Lead Plaintiff and counsel for Defendants have conferred regarding a schedule for the filing of a consolidated complaint ("Consolidated Complaint") and any responses to the operative complaint and related briefing, for the purpose of ensuring that the action proceeds in an efficient and orderly manner. The Parties have also conferred and request that this consolidated lead case be recaptioned to "*In re Orthofix Medical, Inc. Securities Litigation*". The Parties, therefore, jointly request the Court to enter an Order providing as follows:[2]

1.      SEPTA shall file a Consolidated Complaint within forty-five (45) days following entry of the Court's Order;

---

[2] The Parties agree that if any of the deadlines fall on a weekend or Court holiday, the deadline will be moved to the next business day that is not a weekend day or Court holiday.

2

2.       Defendants shall answer or otherwise respond to the Consolidated Complaint within thirty (30) days after SEPTA files its Consolidated Complaint;[3]

3.       SEPTA shall file its opposition or oppositions to any motion(s) to dismiss within thirty (30) days after the last-filed motion to dismiss;

4.       Defendants shall file any reply in support of their motion(s) to dismiss within twenty-one (21) days after the last-filed opposition; and

5.       The Lead Case shall be recaptioned as "*In re Orthofix Medical, Inc. Securities Litigation*".

In accordance with the October 2, 2024 Order, the Parties shall make themselves available for a scheduling conference following the submission of this Motion should the Court wish to schedule such a conference.

**CONCLUSION**

For the foregoing reasons, the Parties request that the Court grant this motion and enter the attached Proposed Order regarding recaptioning the Lead Case and scheduling the filing of the Consolidated Complaint, any response(s) thereto, and related briefing.

---

[3] Unless expressly waived by the Court, in accordance with this Court's Standing Order Regarding Readiness for Scheduling Conference, dated December 20, 2011, Lead Plaintiff shall file a notice that the case is ready for scheduling conference within five (5) days of the last remaining Defendant's answer or motion.

Dated: January 24, 2025

By: */s/ Edwin S. Gault, Jr.*
**FORMAN WATKINS & KRUTZ LLP**
Edwin S. Gault, Jr. (TX No. 24049863)
C. Mitch McGuffey (admitted *pro hac vice*)
4900 Woodway Drive, Suite 940
Houston TX 77056-1800
Tel: (713) 402-1717
Fax: (713) 621-6746
win.gault@formanwatkins.com
mitch.mcguffey@formanwatkins.com

*Local Counsel for the Proposed Class*


**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Christina D. Saler (admitted *pro hac vice*)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707
Fax: (267) 479-5701
csaler@cohenmilstein.com

Alexandra Gray (admitted *pro hac vice*)
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
agray@cohenmilstein.com

*Attorneys for SEPTA and Lead Counsel for the Proposed Class*

By: */s/ Samuel F. Baxter*
**MCKOOL SMITH**
Samuel F. Baxter (TX No. 01938000)
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone:  (903) 923-9001
Facsimile:  (903) 923-9099
sbaxter@mckoolsmith.com


**SULLIVAN & CROMWELL LLP**
Jeffrey T. Scott (admitted *pro hac vice*)
Julia A. Malkina (admitted *pro hac vice*)
Jacob Cohen (admitted *pro hac vice*)
Rachel Rolnick (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile:  (212) 588-3588
scottj@sullcrom.com
malkinaj@sullcrom.com
cohenja@sullcrom.com
rolnickr@sullcrom.com

*Attorneys for Defendants Orthofix Medical Inc., Jon Serbousek, Kimberly Elting, Douglas Rice, Wayne Burris, Catherine Burzik, Jason Hannon, James Hinrichs, Lilly Marks, Michael Paolucci, John Sicard, and Thomas West*


By: */s/ Jennifer H. Doan*
**HALTOM & DOAN**
Jennifer H. Doan (TX No. 08809050)
Darby V. Doan (TX No. 00793622)
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Tel.: (903) 255-1000
jdoan@haltomdoan.com
ddoan@haltomdoan.com

**OLSHAN FROME WOLOSKY LLP**
Adrienne M. Ward (admitted *pro hac vice*)
Kyle Bisceglie (admitted *pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019
Tel. (212) 451-2300

4

award@olshanlaw.com
kbisceglie@olshanlaw.com

*Attorneys for Defendants Keith C. Valentine, John Bostjancic and Patrick L. Keran*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Edwin S. Gault, Jr.
Edwin S. Gault, Jr.

## CERTIFICATE OF CONFERENCE

Pursuant to the Local Rules of this District, I hereby certify that counsel have complied with the meet and confer requirement of Local Rule CV-7(h). This motion is submitted jointly by all parties and is thus unopposed.

/s/ Edwin S. Gault, Jr.
Edwin S. Gault, Jr.

6