**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MATTHEW BERNAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, KEITH VALENTINE, JOHN BOSTJANCIC, and PATRICK KERAN,<br><br>Defendants. | Case No. 2:24-cv-00690<br>[**LEAD CASE**]<br><br><br>CLASS ACTION |
| TOMMY O'HARA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOFIX MEDICAL INC., JON C. SERBOUSEK, DOUGLAS C. RICE, CATHERINE M. BURZIK, WAYNE BURRIS, JASON M. HANNON, JAMES F. HINRICHS, LILLY MARKS, MICHAEL E. PAOLUCCI, JOHN E. SICARD, THOMAS A. WEST, KEITH C. VALENTINE, KIMBERLEY A. ELTING, and PATRICK KERAN,<br>Defendants. | Case No. 2:24-cv-00979<br>[**CONSOLIDATED**]<br><br><br>CLASS ACTION |

**[PROPOSED] ORDER APPROVING JOINT MOTION TO RECAPTION LEAD CASE
AND REGARDING SCHEDULING FOR FILING OF CONSOLIDATED COMPLAINT
AND MOTION TO DISMISS**

Having considered the parties' Joint Motion to Recaption Lead Case and Establish a

Schedule for Filing of Consolidated Complaint, Response(s) Thereto, and Related Briefing

("Motion"), the Court ORDERS as follows:

1. The proposed schedule as described in the Motion is APPROVED and ORDERED;

2. Unless otherwise agreed by the parties or ordered by the Court:

   a. Lead Plaintiff shall file an amended or consolidated complaint ("Consolidated Complaint") on or before **forty-five (45) days** from the issuance of this Order;

   b. Defendants shall answer, move to dismiss, or otherwise respond to the then-operative complaint on or before **thirty (30) days** from the filing of the Consolidated Complaint;

   c. If any of the Defendants file any motion(s) in response to the Consolidated Complaint, Lead Plaintiff shall file its brief(s) in opposition to any such motion(s) on or before **thirty (30) days** from the filing of the last responsive brief to the Consolidated Complaint; and

   d. Defendants shall file any reply in further support of such motion(s) on or before **twenty-one (21) days** from the filing of the last opposition to such motion(s).

3. If any of the above-listed briefing deadlines falls on a weekend or Court holiday, the deadline will be moved to the next business day that is not a weekend day or Court holiday.

4. The Lead Case shall be recaptioned to "*In re Orthofix Medical, Inc. Securities Litigation*".

5. Neither Lead Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

   **IT IS SO ORDERED.**