**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| IN RE ORTHOFIX MEDICAL INC. SEC. LITIG. | Civ. No. 2:24-cv-00690<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER MODIFYING SCHEDULING ORDER PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT'S AUTOMATIC DISCOVERY STAY AND TO DEFER SCHEDULING CONFERENCE |

**[PROPOSED] O R D E R**

CAME ON FOR CONSIDERATION, Lead Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA" or "Lead Plaintiff") and Defendants Orthofix Medical Inc. ("Orthofix"), Jon C. Serbousek, Keith C. Valentine, John Bostjancic, Patrick L. Keran, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, and Kimberley A. Elting ("Defendants," and together with SEPTA, the "Parties"), Joint to Modify Scheduling Order Pursuant to the Private Securities Litigation Reform Act's Automatic Discovery Stay and to Defer Scheduling Conference. The Court

HEREBY ORDERS that in accordance with the automatic stay provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(b)(1); 15 U.S.C. § 78u-4(b)(3)(B):

1.  The Scheduling Conference set for March 26, 2025, at 10:30 AM is adjourned and shall be set for a date after the Court has ruled on Defendants' forthcoming motion(s) to dismiss the consolidated complaint.

2.    All discovery-related deadlines and obligations set forth in the Scheduling Order are hereby held in abeyance until after the resolution of Defendants' forthcoming motion(s) to dismiss.

3.    To the extent any claims remain after the Court rules on Defendants' forthcoming motion(s) to dismiss, the Parties will meet and confer on a case schedule and will propose a schedule to the court within 10 days after the Court enters its decision on Defendants' motion(s) to dismiss.

IT IS SO ORDERED.