**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| | : | |
| | : | No. 2:24-cv-00690-JRG |
| | : | |
| IN RE ORTHOFIX MEDICAL INC. SEC. LITIG. | : | Honorable Rodney Gilstrap |
| | : | District Court Judge |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**NOTICE OF ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT (DKT. NO. 51)**

**DEFENDANTS BOSTJANCIC, KERAN AND VALENTINE'S**
**MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**

Defendants John Bostjancic, Patrick Keran and Keith Valentine ("Defendants") file the following additional attachments to Dkt. No. 51, Defendants' Motion to Dismiss the First Amended Consolidated Complaint ("Motion to Dismiss"). Defendants' Motion to Dismiss was timely filed on Monday, May 19, 2025, and the below additional attachments were served on all counsel of record via email.

Additional attachments to Dkt. No. 51:

1. Declaration of Adrienne M. Ward
2. Exhibit A
3. Exhibit B
4. Exhibit C
5. Exhibit D
6. Exhibit E
7. Exhibit F
8. Exhibit G

**NOTICE OF ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT (DKT. NO. 51) – Page 1**

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Darby V. Doan
Texas Bar No. 00793622
Mariah Hornok
Texas Bar No. 24113074
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, TX 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: ddoan@haltomdoan.com
Email: mhornok@haltomdoan.com

Adrienne Ward (admitted *pro hac vice*)
N.Y. State Bar No. 2689461
Kyle Bisceglie (admitted *pro hac vice*)
N.Y. State Bar No. 2702124
Kerrin Klein (*pro hac vice* pending)
N.Y. State Bar No.4829644
Giovanna Crivello (admitted *pro hac vice*)
N.Y. State Bar No. 5905559
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
kbisceglie@olshanlaw.com
award@olshanlaw.com
kklein@olshanlaw.com
gcrivello@olshanlaw.com

**ATTORNEYS FOR DEFENDANTS KEITH C. VALENTINE, JOHN BOSTJANCIC AND PATRICK L. KERAN**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on May 20, 2025.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF ADDITIONAL ATTACHMENTS TO MAIN DOCUMENT (DKT. NO. 51) – Page 2**