**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ x<br>:<br>:<br>:<br>:<br>IN RE ORTHOFIX MEDICAL INC. SEC. LITIG.  :<br>:<br>:<br>:<br>:<br>:<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ x | No. 2:24-cv-00690-JRG<br><br>Honorable Rodney Gilstrap<br>District Court Judge |

**DECLARATION OF ADRIENNE M. WARD**

Adrienne M. Ward, being sworn, declares under the penalties of perjury pursuant to 28 U.S.C. 1746, that:

1.      I am a partner in the law firm Olshan Frome Wolosky LLP ("Olshan"), counsel for Defendants John Bostjancic, Patrick Keran, and Keith Valentine (the "Former Executives") in this matter.  I have been licensed to practice law in the state of New York since May 22, 1995. I have been admitted *pro hac vice* to practice before this Court in this action. I submit this Declaration in support of the Former Executives' Motion to Dismiss the Amended Complaint. It is through this representation that I gained personal knowledge of the facts set forth in this Declaration.

2.      The documents attached hereto are true and correct copies or excerpts of publicly filed documents obtained from database maintained by the U.S. Securities and Exchange Commission ("SEC") at https://www.sec.gov/search-filings.

3.      On March 14, 2022, SeaSpine Holdings Corp. ("SeaSpine") filed the attached Annual Report on Form 10-K for the fiscal year ended December 31, 2021, with the SEC. A true

and correct copy of an excerpt from the Form 10-K, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit A** and incorporated by reference.

4.      On October 11, 2022, SeaSpine filed the attached Form 8-K with the SEC, to which it attached a copy of the Merger Agreement as an exhibit. A true and correct copy of the Form 8-K and Merger Agreement, which were downloaded from the SEC's website, are collectively attached to my Declaration as **Exhibit B** and incorporated by reference.

5.      On November 18, 2022, SeaSpine filed the attached press release dated November 17, 2022, with the SEC. A true and correct copy of the document, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit C** and incorporated by reference.

6.      On November 18, 2022, SeaSpine filed the attached press release dated November 18, 2022, with the SEC. A true and correct copy of the document, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit D** and incorporated by reference.

7.      On November 22, 2022, SeaSpine filed the attached Prospectus with the SEC. A true and correct copy of an excerpt from the Prospectus, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit E** and incorporated by reference.

8.      On March 6, 2023, Orthofix Medical Inc. ("Orthofix") filed the attached Annual Report on Form 10-K with the SEC for the fiscal year ended December 31, 2022, with the SEC. A true and correct copy of an excerpt from the Form 10-K, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit F** and incorporated by reference.

9.      On April 27, 2023, Orthofix filed the attached definitive proxy statement for its annual meeting of stockholders with the SEC. A true and correct copy of an excerpt from the proxy, which was downloaded from the SEC's website, is attached to my Declaration as **Exhibit G** and incorporated by reference.

-3-

Dated: May 19, 2025.

/s/ Adrienne M. Ward
Adrienne M. Ward