**EXHIBIT A**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, DC 20549**

# FORM 10-K

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2021**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from         to**

**COMMISSION FILE NO. 001-36905**

# SeaSpine Holdings Corporation

**(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)**

| **Delaware** | **47-3251758** |
|---|---|
| (STATE OR OTHER JURISDICTION OF INCORPORATION OR ORGANIZATION) | (I.R.S. EMPLOYER IDENTIFICATION NO.) |

**5770 Armada Drive, Carlsbad, CA 92008, USA**
**(Address of principal executive offices) (zip code) (country)**

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (760) 727-8399**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:**

| <u>Title of Each Class</u> | <u>Trading Symbol(s)</u> | <u>Name of Exchange on Which Registered</u> |
|---|---|---|
| Common Stock | SPNE | The Nasdaq Global Select Market |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:**

**NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes  ☐  No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐

No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).  Yes ☒   No ☐

I

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer", "accelerated filer", "smaller reporting company", and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of the last business day of the registrant's most recently completed second fiscal quarter (June 30, 2021), the aggregate market value of the registrant's common stock held by non-affiliates was approximately $603,380,737 based upon the closing sales price of the registrant's common stock on The Nasdaq Global Select Market on such date. The number of shares of the registrant's common stock, $0.01 par value, outstanding as of March 7, 2022 was 36,791,003.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Certain portions of the registrant's definitive proxy statement relating to its 2022 Annual Meeting of Stockholders (scheduled for June 2, 2022) are incorporated by reference in Part III of this report.

laws and regulations, we could incur substantial costs to fully comply with future laws and regulations, and our operations, business or assets may be impacted.

In addition to the above regulations, we are and may be subject to regulation under country-specific federal and state laws, including, but not limited to, requirements regarding record keeping, and the maintenance of personal information, including personal health information. We also are subject to other present, and could be subject to possible future, local, state, federal and foreign regulations.

**Reimbursement Overview**

Healthcare providers that purchase medical devices generally rely on third-party payors, including the Medicare and Medicaid programs, and private payors, such as indemnity insurers, employer group health insurance programs and managed care plans, to reimburse all or part of the cost of the device. As a result, demand for our products is and will continue to depend in part on the coverage and reimbursement policies of these third-party and private payors. The manner in which reimbursement is sought and obtained varies based upon the type of payor involved and the setting in which the device is furnished and utilized. Reimbursement from Medicare, Medicaid and other third-party payors may be subject to periodic adjustments as a result of legislative, regulatory and policy changes and budgetary pressures. Possible reductions in, or eliminations of, coverage or reimbursement by third-party and private payors, or denial of, or provision of uneconomical reimbursement for new products, as a result of these changes may affect our customers' ability to purchase our products. Any changes in the healthcare regulatory, payment or enforcement landscape relative to our customers' healthcare services may significantly affect our operations and revenue.

**Facilities**

We maintain four operating facilities: our headquarters in Carlsbad, California, from which our orthobiologics and spinal implant products are designed, developed, and marketed and from which our more recently launched spinal implant products are inspected, kitted and distributed; a manufacturing and distribution facility in Irvine, California, from which most of our orthobiologics products are manufactured and all are distributed; office space in Wayne, Pennsylvania, where we design spinal implants and which facilitates our interactions with customers on the East Coast; and office space in Toronto, Canada, from which enabling technologies products are designed, developed, and marketed.

We inspect, kit, and distribute most of our spinal implant products through a third-party logistics provider facility in Olive Branch, Mississippi. We distribute our orthobiologics and spinal implant products in certain international markets through third-party logistics provider facilities in Belgium and the Netherlands.

Additional information regarding our facilities may be found in Part I, Item 2 of this report.

**Employees**

As of March 7, 2022, we had 523 employees, 106 of whom were engaged in research and development, 147 in manufacturing, 156 in sales and marketing and 114 in general and administrative activities.

**Available Information**

We are subject to the informational requirements of the Securities Exchange Act of 1934, as amended, (the Exchange Act). In accordance with the Exchange Act, we file or furnish annual, quarterly and current reports, amendments to those reports, proxy statements and other information with the SEC. We make these reports and other information available free of charge on our website at www.seaspine.com under the investors page as soon as reasonably practicable after we electronically file such material with, or furnish it to, the SEC. All such reports were made available in this fashion during 2021.

The SEC maintains an internet site that contains reports, proxy and information statements and other information regarding issuers that file electronically with the SEC at www.sec.gov.

**Year Ended December 31, 2021 Compared to Year Ended December 31, 2020**

*Revenue*

Total revenue, net in 2021 increased by $37.1 million, or 24%, to $191.5 million compared to $154.3 million in 2020.

|  | | Year Ended December 31, | | | 2021 vs. 2020 |
|---|---|---|---|---|---|
|  | | 2021 | | 2020 | |
|  | | (In thousands) | | | % Change |
| Orthobiologics | $ | 91,822 | $ | 78,383 | 17 % |
| United States | | 83,249 | | 71,346 | 17 % |
| International | | 8,573 | | 7,037 | 22 % |
| % of total revenue, net | | 48 % | | 51 % | |
|  | | | | | |
| Spinal implants and enabling technologies | $ | 99,629 | $ | 75,962 | 31 % |
| United States | | 88,192 | | 67,550 | 31 % |
| International | | 11,437 | | 8,412 | 36 % |
| % of total revenue, net | | 52 % | | 49 % | |
|  | | | | | |
| Total revenue, net | $ | 191,451 | $ | 154,345 | 24 % |

|  | | Year Ended December 31, | | | 2021 vs. 2020 |
|---|---|---|---|---|---|
|  | | 2021 | | 2020 | |
|  | | (In thousands) | | | % Change |
| United States | | 171,441 | | 138,896 | 23 % |
| % of total revenue, net | | 90 % | | 90 % | |
| International | | 20,010 | | 15,449 | 30 % |
| % of total revenue, net | | 10 % | | 10 % | |
| Total revenue, net | $ | 191,451 | $ | 154,345 | 24 % |

Revenue from orthobiologics sales totaled $91.8 million in 2021, an increase of $13.4 million compared to 2020. Revenue from orthobiologics sales in the United States increased $11.9 million in 2021 compared to 2020. Revenue from orthobiologics sales internationally increased $1.5 million in 2021 compared to 2020. In all geographies, revenue in the prior year period was adversely impacted due to declines in the volume of surgeries performed due to the effects of the COVID-19 pandemic. Additionally, the revenue growth in the current year period was driven primarily by higher sales of our fibers-based demineralized bone matrix (DBM) products as we continue to expand our market share in the orthobiologics market.

Revenue from spinal implants and enabling technology sales totaled $99.6 million in 2021, an increase of $23.7 million compared to 2020. Revenue from spinal implant and enabling technology sales in the United States increased $20.6 million in 2021 compared to 2020 and included $6.0 million of capital sales from our acquisition of 7D Surgical in May 2021. Revenue from international sales of spinal implants and enabling technologies increased $3.0 million in 2021 compared to 2020 and included $0.7 million of capital sales from recently acquired 7D Surgical. In all geographies, revenue in the prior year period was adversely impacted due to declines in the volume of surgeries performed due to the effects of the COVID-19 pandemic. Additionally, the revenue growth in the current year period was driven by recently launched products, predominantly those products that were alpha or fully launched in 2020 and 2021 and which have been important catalysts to our ability to take market share in the spinal implants market.

*Cost of Goods Sold and Gross Margin*

Cost of goods sold in 2021 increased $20.0 million from 2020 to $76.9 million. Gross margin was 60% in 2021 compared to 63% in 2020. The decrease in gross margin was due to the $3.7 million charge related to an unfavorable purchase commitment, $1.6 million of technology-related intangible asset amortization and $0.5 million of inventory purchase accounting fair market