**EXHIBIT E**

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-268234




### TRANSACTION PROPOSED — YOUR VOTE IS VERY IMPORTANT

Dear Stockholders:

On October 10, 2022, Orthofix Medical Inc., or Orthofix, Orca Merger Sub Inc., a wholly owned subsidiary of Orthofix, or Merger Sub, and SeaSpine Holdings Corporation, or SeaSpine, entered into an Agreement and Plan of Merger, or the merger agreement, pursuant to which, subject to approval of Orthofix stockholders and SeaSpine stockholders and the satisfaction or (to the extent permitted by law) waiver of other specified closing conditions, the Orthofix and SeaSpine businesses will combine in an all-stock merger of equals. At the effective time of the merger, Merger Sub will merge with and into SeaSpine, with SeaSpine surviving the merger and becoming a wholly owned subsidiary of Orthofix. Each of the common stock of Orthofix and the common stock of SeaSpine is traded on the Nasdaq Global Select Market under the symbols "OFIX" and "SPNE," respectively. The parties expect to rename Orthofix (as the parent entity in the combined company structure) prior to the transaction's closing. Orthofix intends to file an initial listing application for the combined company with the Nasdaq Global Select Market, which will reflect any revision to the combined company's trading symbol.

If the merger is completed, at the effective time of the merger, each share of SeaSpine common stock (other than shares held by SeaSpine as treasury stock) will be converted into the right to receive 0.4163 fully paid and nonassessable shares of Orthofix common stock (and, if applicable, cash in lieu of fractional shares), or the merger consideration, less any applicable withholding taxes. Also at the effective time of the merger, outstanding restricted stock units to acquire shares of SeaSpine common stock will be assumed by Orthofix and converted into restricted stock units to acquire shares of Orthofix common stock, and outstanding options to purchase shares of SeaSpine common stock will be assumed by Orthofix and converted into options to purchase shares of Orthofix common stock, in each case with necessary adjustments to reflect the exchange ratio. For more details on the merger consideration, see "The Merger Agreement — Merger Consideration."

The market value of Orthofix common stock at the time of completion of the merger could be greater than, less than or the same as the market value of Orthofix common stock on the date of the accompanying joint proxy statement/prospectus.

Each share of Orthofix common stock, each option to purchase shares of Orthofix common stock and each Orthofix restricted stock unit, performance stock unit and deferred stock unit that is outstanding at the effective time of the merger will remain outstanding in accordance with its terms and such shares of common stock, options, restricted stock units, performance stock units and deferred stock units will be unaffected by the merger (except for certain performance achievement and post-separation acceleration and extended exercise rights that will exist following completion of the merger, as further described beginning on page 139 in "Interests of Orthofix's Directors and Executive Officers in the Merger"). Based on the number of shares of SeaSpine common stock outstanding and reserved for issuance, Orthofix expects to issue an aggregate of approximately 16.6 million shares of Orthofix common stock to holders of SeaSpine common stock in the merger. This estimate is based on the number of outstanding shares of SeaSpine common stock as of October 7, 2022, including share equity awards and exchangeable shares but excluding outstanding options (as such options are not currently expected to be exercised prior to closing given the applicable exercise prices). Based on the current number of shares of SeaSpine common stock outstanding and reserved for issuance, and the current number of shares of Orthofix common stock outstanding and reserved for issuance, we estimate that, immediately following completion of the merger, former holders of SeaSpine common stock will own approximately 43.5%, and pre-merger holders of Orthofix common stock will own approximately 56.5%, of the outstanding common stock on a diluted basis (calculated using the treasury stock method).

Table of Contents

Each of Orthofix and SeaSpine is holding a special meeting of its stockholders to vote on the proposals necessary to complete the merger. Information about each meeting, the merger and the other business to be considered by stockholders at each special meeting is contained in this joint proxy statement/prospectus. Any stockholder entitled to attend and vote at the applicable special meeting is entitled to appoint a proxy to attend and vote on such stockholder's behalf. Such proxy need not be a holder of Orthofix common stock or SeaSpine common stock. We urge you to read this joint proxy statement/prospectus and the annexes and documents incorporated by reference carefully. **You should also carefully consider the risks that are described in the "Risk Factors" section beginning on page 33.**

**Your vote is very important regardless of the number of shares of Orthofix common stock or SeaSpine common stock that you own.** The merger cannot be completed without (1) the adoption of the merger agreement by the affirmative vote of holders of a majority of the shares of SeaSpine common stock outstanding as of the SeaSpine record date and entitled to vote on the proposal and (2) the approval of the issuance of Orthofix common stock to SeaSpine stockholders in connection with the merger by the affirmative vote of a majority in voting power of the shares of Orthofix common stock present in person or represented by proxy at the Orthofix special meeting and entitled to vote on the proposal.

Whether or not you plan to attend the Orthofix special meeting or the SeaSpine special meeting, please submit your proxy as soon as possible to make sure that your shares are represented at the applicable meeting.

On behalf of the boards of directors of Orthofix and SeaSpine, thank you for your consideration and continued support.

Jon C. Serbousek
President, Chief Executive Officer and Director
Orthofix Medical Inc.

Keith C. Valentine
President, Chief Executive Officer and Director
SeaSpine Holdings Corporation

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the merger or the other transactions described in this joint proxy statement/prospectus or the securities to be issued in connection with the merger or determined if this joint proxy statement/prospectus is accurate or complete. Any representation to the contrary is a criminal offense.**

The accompanying joint proxy statement/prospectus is dated November 22, 2022 and is first being mailed to stockholders of Orthofix and stockholders of SeaSpine on or about November 23, 2022.

**Table of Contents**



## ORTHOFIX MEDICAL INC.
### 3451 Plano Parkway
### Lewisville, Texas 75056

## NOTICE OF SPECIAL MEETING OF STOCKHOLDERS
### To be held on January 4, 2023

To the Stockholders of Orthofix Medical Inc.:

We are pleased to invite you to attend — and notice is hereby given that Orthofix Medical Inc., referred to as Orthofix, will hold — a special meeting of its stockholders, referred to as the Orthofix special meeting, at Hampton Inn & Suites, 3650 Plano Pkwy, The Colony, TX 75056 on January 4, 2023, at 11 a.m. Central Time for the following purposes:

1. **Approval of the Orthofix Share Issuance.** To vote on a proposal to approve the issuance of Orthofix common stock, par value $0.10 per share, to SeaSpine stockholders in connection with the merger, as contemplated by the Agreement and Plan of Merger, referred to as the merger agreement, dated as of October 10, 2022, by and among Orthofix Medical Inc., Orca Merger Sub Inc. and SeaSpine Holdings Corporation, referred to as the Orthofix share issuance proposal; and

2. **Adjournment of the Orthofix Special Meeting.** To vote on a proposal to approve the adjournment of the Orthofix special meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies in the event there are not sufficient votes at the time of the Orthofix special meeting to approve the Orthofix share issuance proposal, referred to as the Orthofix adjournment proposal.

Orthofix will transact no other business at the Orthofix special meeting, except such business as may properly be brought before the Orthofix special meeting or any adjournment or postponement thereof. Please refer to the joint proxy statement/prospectus of which this notice is a part for further information with respect to the business to be transacted at the Orthofix special meeting.

The Orthofix board of directors, referred to as the Orthofix Board, has fixed the close of business on November 10, 2022 as the record date for the Orthofix special meeting, referred to as the Orthofix record date. Only Orthofix stockholders of record at that time are entitled to receive notice of, and to vote at, the Orthofix special meeting or any adjournment or postponement thereof. Orthofix is commencing its solicitation of proxies on or about November 23, 2022. Orthofix will continue to solicit proxies until the date of the Orthofix special meeting.

Completion of the merger is conditioned upon, among other things, approval of the Orthofix share issuance proposal by the Orthofix stockholders, which requires the affirmative vote of a majority in voting power of the shares of Orthofix common stock present in person or represented by proxy at the Orthofix special meeting and entitled to vote on the proposal.

**The Orthofix Board has unanimously (a) approved and declared advisable the merger agreement and the transactions contemplated by the merger agreement, including the issuance of shares of Orthofix common stock in the merger, on the terms and subject to the conditions set forth in the merger agreement, (b) determined that the merger agreement and the transactions contemplated by the merger agreement, including the merger and the issuance of Orthofix common shares in the merger, are fair to, and in the best interests of, Orthofix and its stockholders, (c) resolved to recommend the approval of the Orthofix share issuance proposal to the Orthofix stockholders, on the terms and subject to the conditions set forth in the merger agreement, and (d) directed that the Orthofix share issuance proposal be submitted to**

Table of Contents

Orthofix stockholders for approval. The Orthofix Board unanimously recommends that Orthofix stockholders vote:

- "FOR" the Orthofix share issuance proposal; and

- "FOR" the Orthofix adjournment proposal.

**Your vote is very important regardless of the number of shares of Orthofix common stock that you own. The votes cast in favor of the Orthofix share issuance proposal must exceed the aggregate of votes cast against the Orthofix share issuance proposal and abstentions. Whether or not you expect to attend the Orthofix special meeting in person, to ensure your representation at the Orthofix special meeting, we urge you to submit a proxy to vote your shares as promptly as possible by (1) visiting the Internet site listed on the Orthofix proxy card, (2) calling the toll-free number listed on the Orthofix proxy card or (3) submitting your Orthofix proxy card by mail by using the provided self-addressed, stamped envelope.** Submitting a proxy will not prevent you from voting in person, but it will help to secure a quorum and avoid added solicitation costs. Any eligible holder of Orthofix common stock who is present at the Orthofix special meeting may vote in person, thereby revoking any previous proxy. In addition, a proxy may also be revoked in writing before the Orthofix special meeting in the manner described in the accompanying joint proxy statement/prospectus. If your shares are held in the name of a bank, broker or other nominee, please follow the instructions on the voting instruction card furnished by the bank, broker or other nominee.

You will need to obtain an admission ticket in advance to attend the Orthofix special meeting. To do so, please make your request by mail to Orthofix Investor Relations, 3451 Plano Parkway, Lewisville, Texas 75056, or by email at MergerInfo@Orthofix.com. Orthofix Investor Relations must receive your request for an admission ticket on or before 11:59 p.m. Central Time on January 2, 2023. Seating will be limited and requests for tickets will be processed in the order in which they are received.

If you own shares in "street name" through an account with a bank, broker or other nominee, then send proof of your Orthofix share ownership as of the Orthofix record date (for example, a brokerage firm account statement or a "legal proxy" from your intermediary) along with your ticket request. If you are not sure what proof to send, check with your intermediary.

If your shares are registered in your name with Orthofix's stock registrar and transfer agent, Computershare Trust Company, N.A., no proof of ownership is required because Orthofix can verify your ownership.

For security reasons, be prepared to show a form of government-issued photo identification when presenting your ticket for admission to the Orthofix special meeting. If you forget to bring your ticket, you will be admitted only if you provide photo identification. If you do not request a ticket in advance, you will be admitted only if space is available and you provide photo identification and satisfactory evidence that you were a stockholder of Orthofix common stock as of the Orthofix record date. If you need special assistance at the Orthofix special meeting because of a disability, please contact Orthofix Investor Relations.

The enclosed joint proxy statement/prospectus provides a detailed description of the merger and the merger agreement and the other matters to be considered at the Orthofix special meeting. We urge you to carefully read this joint proxy statement/prospectus, including any documents incorporated by reference herein, and the annexes in their entirety. If you have any questions concerning either of the proposals in this notice, the merger or the joint proxy statement/prospectus, would like additional copies or need help voting your shares of Orthofix common stock, please contact Orthofix's proxy solicitor:

Saratoga Proxy Consulting LLC
520 8th Avenue, 14th Floor
New York, New York 10018
(212) 257-1311
(888) 368-0379

Table of Contents

By Order of the Orthofix Medical Inc. Board of Directors,

Kimberley A. Elting
*Chief Legal and Development Officer and President, Global Orthopedics*
Lewisville, Texas
November 22, 2022

Table of Contents

Table of Contents



**SEASPINE HOLDINGS CORPORATION**
5770 Armada Drive
Carlsbad, California 92008

**NOTICE OF SPECIAL MEETING OF STOCKHOLDERS**
To be held on January 4, 2023

To the Stockholders of SeaSpine Holdings Corporation:

We are pleased to invite you to attend — and notice is hereby given that SeaSpine Holdings Corporation, referred to as SeaSpine, will hold — a special meeting of its stockholders, referred to as the SeaSpine special meeting, at the offices of DLA Piper LLP (US), 4365 Executive Drive, 4th Floor, San Diego, CA 92121 on January 4, 2023 at 9 a.m. Pacific Time for the following purposes:

1. **Adoption of the Merger Agreement.** To vote on a proposal to adopt the Agreement and Plan of Merger, dated as of October 10, 2022, by and among Orthofix Medical Inc., Orca Merger Sub Inc. and SeaSpine Holdings Corporation, referred to as the merger agreement, which is further described in the section entitled "The Merger Agreement," a copy of which merger agreement is attached as Annex A to the joint proxy statement/prospectus accompanying this notice, referred to as the SeaSpine merger proposal;

2. **SeaSpine Merger-Related Compensation.** To vote on a proposal to approve, by advisory (non-binding) vote, certain compensation arrangements that may be paid or become payable to SeaSpine's named executive officers in connection with the merger contemplated by the merger agreement, referred to as the SeaSpine merger-related compensation proposal; and

3. **Adjournment of the SeaSpine Special Meeting.** To vote on a proposal to approve the adjournment of the SeaSpine special meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies in the event there are not sufficient votes at the time of the SeaSpine special meeting to approve the SeaSpine merger proposal, referred to as the SeaSpine adjournment proposal.

SeaSpine will transact no other business at the SeaSpine special meeting, except such business as may properly be brought before the SeaSpine special meeting or any adjournment or postponement thereof. Please refer to the joint proxy statement/prospectus of which this notice is a part for further information with respect to the business to be transacted at the SeaSpine special meeting.

The SeaSpine board of directors, referred to as the SeaSpine Board, has fixed the close of business on November 10, 2022 as the record date for the SeaSpine special meeting, referred to as the SeaSpine record date. Only SeaSpine stockholders of record at that time are entitled to receive notice of, and to vote at, the SeaSpine special meeting or any adjournment or postponement thereof. SeaSpine is commencing its solicitation of proxies on or about November 23, 2022. SeaSpine will continue to solicit proxies until the date of the SeaSpine special meeting.

Completion of the merger is conditioned, among other things, upon adoption of the merger agreement by the SeaSpine stockholders, which requires the affirmative vote of holders of a majority of the shares of SeaSpine common stock outstanding as of the SeaSpine record date and entitled to vote on the proposal.

**The SeaSpine Board has unanimously approved and declared advisable the merger agreement and the transactions contemplated by the merger agreement, including the merger; determined that the merger agreement and the transactions contemplated by the merger agreement, including the merger, are advisable, fair to and in the best interests of SeaSpine and its stockholders; and unanimously recommends that SeaSpine stockholders vote:**

- **"FOR" the SeaSpine merger proposal;**
- **"FOR" the SeaSpine merger-related compensation proposal; and**
- **"FOR" the SeaSpine adjournment proposal.**

Table of Contents

**Your vote is very important regardless of the number of shares of common stock that you own. A failure to vote your shares, or to provide instructions to your bank, broker or nominee as to how to vote your shares, is the equivalent of a vote against the SeaSpine merger proposal. Whether or not you expect to attend the SeaSpine special meeting in person, to ensure your representation at the SeaSpine special meeting, we urge you to submit a proxy to vote your shares as promptly as possible by (1) visiting the Internet site listed on the SeaSpine proxy card, (2) calling the toll-free number listed on the SeaSpine proxy card or (3) submitting your SeaSpine proxy card by mail by using the provided self-addressed, stamped envelope.** Submitting a proxy will not prevent you from voting in person, but it will help to secure a quorum and avoid added solicitation costs. Any eligible holder of SeaSpine common stock who is present at the SeaSpine special meeting may vote in person, thereby revoking any previous proxy. In addition, a proxy may also be revoked in writing before the SeaSpine special meeting in the manner described in the accompanying joint proxy statement/prospectus. If your shares are held in the name of a bank, broker or other nominee, please follow the instructions on the voting instruction card furnished by the bank, broker or other nominee.

If you are a stockholder of record as of the SeaSpine record date for the SeaSpine special meeting and you plan to attend the SeaSpine special meeting in person, you will need valid government-issued photo identification to enter the SeaSpine special meeting. If you hold your shares through a bank, broker or other nominee and you plan to attend the SeaSpine special meeting in person, we will admit you only if we can verify that you are a SeaSpine stockholder as of the SeaSpine record date. You will need to bring a letter or account statement demonstrating that you were the beneficial owner of our common stock on the SeaSpine record date, along with valid government-issued photo identification, to be admitted to the SeaSpine special meeting.

If you hold SeaSpine common stock in your name on the SeaSpine record date and plan to attend the SeaSpine special meeting, because of security procedures, you will need to obtain an admission ticket in advance. In addition to obtaining an admission ticket in advance, you will be required to provide valid government-issued photo identification to be admitted to the SeaSpine special meeting. Admission tickets will be available to both registered and beneficial owners of SeaSpine common stock. You may apply for an admission ticket by mail to Office of the Corporate Secretary, 5770 Armada Drive, Carlsbad, California 92008. SeaSpine's Corporate Secretary must receive your request for an admission ticket on or before 11:59 p.m. Eastern Time on January 2, 2023. If you are a beneficial owner of SeaSpine common stock and hold your shares through a bank, broker or other nominee and you plan to attend the SeaSpine special meeting in person, in addition to following the procedures described above, you will also need to provide proof of beneficial ownership at the SeaSpine record date to obtain your admission ticket for the SeaSpine special meeting. A brokerage statement or account letter from a bank or broker are examples of proof of beneficial ownership. If you wish to vote your SeaSpine common stock held in "street name" in person at the SeaSpine special meeting, you will have to obtain a written legal proxy in your name from the bank, broker or other nominee holder of record that holds your shares. Please note that seating will be limited and requests for admission tickets will be accepted on a first-come, first-served basis. If you need special assistance at the SeaSpine special meeting because of a disability, please contact SeaSpine's Corporate Secretary's Office.

The enclosed joint proxy statement/prospectus provides a detailed description of the merger and the merger agreement and the other matters to be considered at the SeaSpine special meeting. We urge you to carefully read this joint proxy statement/prospectus, including any documents incorporated by reference herein, and the annexes in their entirety. If you have any questions concerning any of the proposals in this notice, the merger or the joint proxy statement/prospectus, would like additional copies or need help voting your shares of common stock, please contact SeaSpine's proxy solicitor or SeaSpine:



**Strategic Shareholder Advisor and Proxy Solicitation Agent**
745 Fifth Avenue, 5th Floor, New York, NY 10151
North American Toll Free Phone:
**(855) 476-7861**
Email: contactus@kingsdaleadvisors.com
Call Collect Outside North America: (917) 813-1235

Table of Contents

OR

**SeaSpine Holdings Corporation**
5770 Armada Drive
Carlsbad, California 92008
Attention: Investor Relations
Telephone: (610) 368-6505
E-mail: ir@seaspine.com

By Order of the SeaSpine Holdings Corporation Board of Directors,

Patrick L. Keran
*Senior Vice President,*
*General Counsel and Secretary*

Carlsbad, California
November 22, 2022

Table of Contents

## REFERENCES TO ADDITIONAL INFORMATION

The accompanying joint proxy statement/prospectus incorporates by reference important business and financial information about Orthofix and SeaSpine from other documents that are not included in or delivered with the accompanying joint proxy statement/prospectus. For a listing of the documents incorporated by reference into the accompanying joint proxy statement/prospectus, see "Where You Can Find More Information."

You can obtain any of the documents incorporated by reference into the accompanying joint proxy statement/prospectus by requesting them in writing or by telephone as follows:

<table>
<tr><td><strong>For Orthofix Stockholders:</strong></td><td><strong>For SeaSpine Stockholders:</strong></td></tr>
<tr><td>Orthofix Medical Inc.</td><td>SeaSpine Holdings Corporation</td></tr>
<tr><td>3451 Plano Parkway</td><td>5770 Armada Drive</td></tr>
<tr><td>Lewisville, Texas 75056</td><td>Carlsbad, California 92008</td></tr>
<tr><td>Attention: Investor Relations</td><td>Attention: Investor Relations</td></tr>
<tr><td>(214) 937-3190</td><td>(610) 368-6505</td></tr>
<tr><td>MergerInfo@Orthofix.com</td><td>ir@seaspine.com</td></tr>
</table>

To receive timely delivery of the documents in advance of the Orthofix special meeting and the SeaSpine special meeting, you should make your request no later than December 19, 2022.

You may also obtain any of the documents incorporated by reference into the accompanying joint proxy statement/prospectus without charge through the Securities and Exchange Commission website at *www.sec.gov*. In addition, you may obtain copies of documents filed by Orthofix with the SEC on Orthofix's Internet website at *www.orthofix.com* under the tab "Investors," then under the tab "Financial Filings & Tax Documents" or by contacting Orthofix's Senior Director of Investor Relations, Alexa Huerta, at 3451 Plano Parkway, Lewisville, Texas 75056 or by calling (214) 937-3190. You may also obtain copies of documents filed by SeaSpine with the SEC on SeaSpine's Internet website at *www.seaspine.com* under the tab "Investor Relations" and then under the heading "SEC Filings" or by contacting SeaSpine Investor Relations at SeaSpine Holdings Corporation, Investor Relations, 5770 Armada Drive, Carlsbad, California 92008 or by calling (610) 368-6505.

We are not incorporating the contents of the websites of the SEC, Orthofix, SeaSpine or any other entity or any other website into the accompanying joint proxy statement/prospectus. We are providing the information about how you can obtain certain documents that are incorporated by reference into the accompanying joint proxy statement/prospectus at these websites only for your convenience.

i

Table of Contents

## ABOUT THIS JOINT PROXY STATEMENT/PROSPECTUS

This joint proxy statement/prospectus, which forms part of a registration statement on Form S-4 filed with the SEC by Orthofix (File No. 333-268234), constitutes a prospectus of Orthofix under Section 5 of the Securities Act of 1933, as amended, with respect to the shares of common stock, par value $0.10 per share, of Orthofix to be issued to SeaSpine stockholders pursuant to the merger agreement. This document also constitutes a joint proxy statement of each of Orthofix and of SeaSpine under Section 14(a) of the Securities Exchange Act of 1934. It also constitutes a notice of meeting with respect to the SeaSpine special meeting, at which SeaSpine stockholders will be asked to consider and vote upon the SeaSpine merger proposal and certain other proposals, and it constitutes a notice of meeting with respect to the Orthofix special meeting, at which Orthofix stockholders will be asked to consider and vote upon the Orthofix share issuance proposal and certain other proposals.

You should rely only on the information contained in or incorporated by reference into this joint proxy statement/prospectus. Orthofix and SeaSpine have not authorized anyone to provide you with information that is different from that contained in or incorporated by reference into this joint proxy statement/prospectus. This joint proxy statement/prospectus is dated as of the date set forth above on the cover page of this joint proxy statement/prospectus, and you should not assume that the information contained in this joint proxy statement/prospectus is accurate as of any date other than such date. Further, you should not assume that the information incorporated by reference into this joint proxy statement/prospectus is accurate as of any date other than the date of the incorporated document. Neither the mailing of this joint proxy statement/prospectus to Orthofix stockholders or SeaSpine stockholders nor the issuance by Orthofix of shares of Orthofix common stock pursuant to the merger agreement will create any implication to the contrary.

**This joint proxy statement/prospectus does not constitute an offer to sell, or a solicitation of an offer to buy, any securities, or the solicitation of a proxy, in any jurisdiction in which or from any person to whom it is unlawful to make any such offer or solicitation in such jurisdiction. Information contained in this joint proxy statement/prospectus regarding Orthofix and Orca Merger Sub Inc. has been provided by Orthofix and information contained in this joint proxy statement/prospectus regarding SeaSpine has been provided by SeaSpine.**

Unless otherwise indicated or as the context otherwise requires, all references in this joint proxy statement/prospectus to:

- "Code" refers to the Internal Revenue Code of 1986, as amended

- "combined company" refers to Orthofix, following completion of the merger

- "DGCL" refers to the General Corporation Law of the State of Delaware

- "Exchange Act" refers to the Securities Exchange Act of 1934, as amended

- "exchange ratio" refers to 0.4163 shares of Orthofix common stock per share of SeaSpine common stock

- "excluded shares" refers to shares of SeaSpine common stock held by Orthofix, Merger Sub, any direct or indirect wholly owned subsidiary of SeaSpine or Orthofix or by SeaSpine as treasury stock

- "GAAP" refers to accounting principles generally accepted in the United States

- "HSR Act" refers to the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended

- "IRS" refers to the Internal Revenue Service

- "merger" refers to the merger of Merger Sub with and into SeaSpine, with SeaSpine being the surviving corporation in the merger

- "merger agreement" refers to the Agreement and Plan of Merger, dated as of October 10, 2022, by and among Orthofix, Merger Sub and SeaSpine

ii

Table of Contents

- "merger consideration" refers to the right of SeaSpine stockholders to receive the exchange ratio

- "Merger Sub" refers to Orca Merger Sub Inc., a Delaware corporation and a wholly owned subsidiary of Orthofix

- "Nasdaq" refers to the Nasdaq Global Select Market

- "Orthofix" refers to Orthofix Medical Inc., a Delaware corporation

- "Orthofix adjournment proposal" refers to the proposal to adjourn the Orthofix special meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies in the event there are not sufficient votes at the time of the Orthofix special meeting to approve the Orthofix share issuance proposal

- "Orthofix Board" refers to the Orthofix board of directors

- "Orthofix common stock" refers to the common stock of Orthofix, $0.10 par value per share

- "Orthofix record date" refers to November 10, 2022

- "Orthofix share issuance proposal" refers to the proposal that Orthofix stockholders approve the issuance of Orthofix common stock to SeaSpine stockholders in connection with the merger

- "Orthofix stockholder" or "Orthofix stockholders" refers to one or more holders of Orthofix common stock, as applicable

- "Orthofix stockholder approval" refers to the affirmative vote in favor of the Orthofix share issuance proposal of a majority in voting power of the shares of Orthofix common stock present in person or represented by proxy at the Orthofix special meeting and entitled to vote on the proposal

- "Orthofix special meeting" refers to the special meeting of Orthofix stockholders to consider and vote upon the Orthofix share issuance proposal and related matters

- "SeaSpine" refers to SeaSpine Holdings Corporation, a Delaware corporation

- "SeaSpine adjournment proposal" refers to the proposal to adjourn the SeaSpine special meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies in the event there are not sufficient votes at the time of the SeaSpine special meeting to approve the SeaSpine merger proposal

- "SeaSpine Board" refers to the SeaSpine board of directors

- "SeaSpine common stock" refers to the common stock of SeaSpine, $0.01 par value per share

- "SeaSpine merger proposal" refers to the proposal that SeaSpine stockholders adopt the merger agreement

- "SeaSpine merger-related compensation proposal" refers to the proposal that SeaSpine stockholders approve, by advisory (non-binding) vote, certain compensation arrangements that may be paid or become payable to SeaSpine's named executive officers in connection with the merger contemplated by the merger agreement

- "SeaSpine record date" refers to November 10, 2022

- "SeaSpine restricted stock award" refers to an award of unvested restricted shares of SeaSpine common stock

- "SeaSpine RSU award" refers to an award of time-based vesting restricted stock units relating to SeaSpine common stock

- "SeaSpine stockholder" or "SeaSpine stockholders" refers to one or more holders of SeaSpine common stock, as applicable

iii

Table of Contents

- "SeaSpine stockholder approval" refers to the affirmative vote of the majority of the shares of SeaSpine common stock outstanding as of the SeaSpine record date and entitled to vote on the proposal

- "SeaSpine special meeting" refers to the special meeting of SeaSpine stockholders to consider and vote upon the SeaSpine merger proposal and related matters

- "SEC" refers to the Securities and Exchange Commission

- "Securities Act" refers to the Securities Act of 1933, as amended

- "we," "our" and "us" refer to Orthofix and SeaSpine, collectively

iv

Table of Contents

## Table of Contents

| | Page |
|---|---|
| REFERENCES TO ADDITIONAL INFORMATION | i |
| ABOUT THIS JOINT PROXY STATEMENT/PROSPECTUS | ii |
| QUESTIONS AND ANSWERS ABOUT THE SPECIAL MEETINGS | 1 |
| SUMMARY | 13 |
| SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA OF ORTHOFIX | 29 |
| SELECTED HISTORICAL CONSOLIDATED FINANCIAL DATA OF SEASPINE | 31 |
| RISK FACTORS | 33 |
|     Risks Related to the Merger | 33 |
|     Risks Related to the Combined Company | 38 |
|     Other Risk Factors | 41 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 42 |
| THE PARTIES TO THE MERGER | 44 |
|     Orthofix Medical Inc. | 44 |
|     SeaSpine Holdings Corporation | 44 |
|     Orca Merger Sub Inc. | 45 |
| THE ORTHOFIX SPECIAL MEETING | 46 |
|     Date, Time and Place | 46 |
|     Purpose of the Orthofix Special Meeting | 46 |
|     Recommendation of the Orthofix Board | 46 |
|     Orthofix Record Date; Orthofix Stockholders Entitled to Vote | 46 |
|     Voting by Orthofix's Directors and Executive Officers | 47 |
|     Quorum | 47 |
|     Required Vote | 48 |
|     Voting of Proxies by Holders of Record | 48 |
|     Voting via the Internet or by Telephone | 48 |
|     Voting by Mail | 48 |
|     General | 48 |
|     Treatment of Abstentions; Failure to Vote | 48 |
|     Shares Held in Street Name | 49 |
|     Attendance at the Orthofix Special Meeting and Voting in Person | 49 |
|     Revocability of Proxies | 50 |
|     Solicitation of Proxies; Expenses of Solicitation | 50 |
|     Assistance | 50 |
|     Tabulation of Votes | 51 |
|     Adjournments | 51 |
| THE SEASPINE SPECIAL MEETING | 52 |
|     Date, Time and Place | 52 |

Table of Contents

| | Page |
|---|---|
| Purpose of the SeaSpine Special Meeting | 52 |
| Recommendation of the SeaSpine Board | 52 |
| SeaSpine Record Date; SeaSpine Stockholders Entitled to Vote | 52 |
| Voting by SeaSpine's Directors and Executive Officers | 53 |
| Quorum | 53 |
| Required Vote | 54 |
| Voting of Proxies by Holders of Record | 54 |
| Voting via the Internet or by Telephone | 54 |
| Voting by Mail | 54 |
| General | 55 |
| Treatment of Abstentions; Failure to Vote | 55 |
| Shares Held in Street Name | 55 |
| Attendance at the SeaSpine Special Meeting and Voting in Person | 56 |
| Revocability of Proxies | 56 |
| Solicitation of Proxies; Expenses of Solicitation | 57 |
| Assistance | 57 |
| Tabulation of Votes | 57 |
| Adjournments | 57 |
| SEASPINE PROPOSAL I: ADOPTION OF THE MERGER AGREEMENT AND ORTHOFIX PROPOSAL I: APPROVAL OF THE SHARE ISSUANCE | 59 |
| Background of the Merger | 59 |
| Orthofix Board's Recommendation and Reasons for the Merger | 75 |
| SeaSpine Board's Recommendation and Reasons for the Merger | 81 |
| Opinion of Orthofix's Financial Advisor | 83 |
| Opinion of SeaSpine's Financial Advisor | 91 |
| Certain Unaudited Prospective Financial Information | 105 |
| Governance of the Combined Company | 110 |
| Treatment of Indebtedness | 111 |
| Litigation Related to the Merger | 112 |
| Regulatory Approvals | 112 |
| Timing of the Merger | 112 |
| Director and Officer Indemnification | 113 |
| No Appraisal Rights in the Merger | 113 |
| Material U.S. Federal Income Tax Consequences of the Merger | 113 |
| Accounting Treatment | 116 |
| Nasdaq Listing; Delisting and Deregistration of SeaSpine Common Stock | 116 |
| THE MERGER AGREEMENT | 117 |
| Explanatory Note Regarding the Merger Agreement | 117 |
| Structure of the Merger | 117 |

vi

Table of Contents

|  | Page |
|---|---|
| Merger Consideration | 117 |
| Treatment of SeaSpine Equity Awards | 118 |
| Closing and Effectiveness of the Merger | 119 |
| Conversion of Shares; Exchange of Certificates | 119 |
| Governance of the Combined Company | 120 |
| Representations and Warranties; Material Adverse Effect | 122 |
| Covenants and Agreements | 124 |
| Conditions to the Merger | 134 |
| Termination | 135 |
| Expenses and Termination Fees | 136 |
| Amendment and Waiver | 137 |
| Third-Party Beneficiaries | 138 |
| Governing Law; Waiver of Jury Trial | 138 |
| Enforcement | 138 |
| INTERESTS OF ORTHOFIX'S DIRECTORS AND EXECUTIVE OFFICERS IN THE MERGER | 139 |
| INTERESTS OF SEASPINE'S DIRECTORS AND EXECUTIVE OFFICERS IN THE MERGER | 145 |
| SEASPINE PROPOSAL II: ADVISORY VOTE ON MERGER-RELATED COMPENSATION | 150 |
| SEASPINE PROPOSAL III: ADJOURNMENT OF THE SEASPINE SPECIAL MEETING | 151 |
| ORTHOFIX PROPOSAL II: ADJOURNMENT OF THE ORTHOFIX SPECIAL MEETING | 152 |
| UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION | 153 |
| ORTHOFIX BENEFICIAL OWNERSHIP TABLE | 167 |
| SEASPINE BENEFICIAL OWNERSHIP TABLE | 169 |
| DESCRIPTION OF CAPITAL STOCK OF ORTHOFIX | 171 |
| COMPARISON OF THE RIGHTS OF ORTHOFIX STOCKHOLDERS AND SEASPINE STOCKHOLDERS | 174 |
| LEGAL MATTERS | 188 |
| EXPERTS | 188 |
| ORTHOFIX STOCKHOLDER PROPOSALS | 189 |
| SEASPINE STOCKHOLDER PROPOSALS | 190 |
| HOUSEHOLDING OF PROXY MATERIALS | 191 |
| WHERE YOU CAN FIND MORE INFORMATION | 192 |
| ANNEX A—AGREEMENT AND PLAN OF MERGER | |
| ANNEX B—OPINION OF PERELLA WEINBERG PARTNERS L.P. | |
| ANNEX C—OPINION OF PIPER SANDLER & CO. | |

Table of Contents

the merger was fair to, and in the best interests of, SeaSpine and its stockholders, approved and declared advisable the merger agreement, the merger and the other transactions contemplated by the merger agreement, and resolved to recommend adoption of the merger agreement to holders of shares of SeaSpine's common stock.

Also later on October 10, 2022, the Orthofix Board held a meeting. Members of Orthofix management and representatives from Perella Weinberg and Hogan Lovells also attended the meeting. In advance of the meeting, the directors were provided with the final form of merger agreement and an updated summary of the material terms reflected therein. Representatives of Hogan Lovells reviewed and discussed with the Orthofix Board the changes that had been made to the draft merger agreement since the draft that had been distributed to the Orthofix Board in advance of the October 9 meeting. Representatives from Perella Weinberg then orally rendered its opinion to the Orthofix Board, subsequently confirmed in writing, that, as of October 10, 2022, and based upon and subject to the various assumptions made, procedures followed, matters considered and limitations set forth therein, the exchange ratio in the merger pursuant to the merger agreement was fair, from a financial point of view, to Orthofix. The text of the Perella Weinberg opinion is attached as Annex B to this joint proxy statement/prospectus. Following additional discussion and deliberation, the Orthofix Board unanimously approved and declared advisable the merger agreement and the transactions contemplated by the merger agreement, including the merger and the issuance of shares of Orthofix common stock pursuant thereto, determined that the merger agreement and the transactions contemplated by the merger agreement, including the merger and the issuance of shares of Orthofix common stock pursuant thereto, are fair to, and in the best interests of, Orthofix and its stockholders, resolved to recommend approval of the issuance of shares of Orthofix common stock pursuant to the merger agreement to holders of shares of Orthofix common stock, and directed that the issuance of shares of Orthofix common stock be submitted to the Orthofix stockholders for approval.

Later on October 10, 2022, after the close of trading on the Nasdaq Global Select Market, Orthofix, SeaSpine and Merger Sub executed the merger agreement.

On October 11, 2022, before the opening of trading on the Nasdaq Global Select Market, Orthofix and SeaSpine issued a joint press release announcing the execution of the merger agreement.

## Orthofix Board's Recommendation and Reasons for the Merger

On October 10, 2022, the Orthofix Board unanimously (1) approved and declared advisable the merger agreement and the transactions contemplated by the merger agreement, including the issuance of shares of Orthofix common stock in the merger, on the terms and subject to the conditions set forth in the merger agreement, (2) determined that the merger agreement and the transactions contemplated by the merger agreement, including the merger and the issuance of Orthofix common shares in the merger, are fair to, and in the best interests of, Orthofix and its stockholders, on the terms and subject to the conditions set forth in the merger agreement, (3) resolved to recommend the approval of the Orthofix share issuance proposal to the Orthofix stockholders, on the terms and subject to the conditions set forth in the merger agreement, and (4) directed that the Orthofix share issuance proposal be submitted to Orthofix stockholders for approval.

In evaluating the merger agreement and the transactions contemplated by the merger agreement, including the merger and the issuance of Orthofix common stock in connection with the merger, the Orthofix Board consulted with Orthofix's management and legal and financial advisors through an extensive strategic review and due diligence process. In reaching its decision, the Orthofix Board evaluated, among other things, the financial effects of the transactions from the perspective of Orthofix and its stockholders and the impact of the transactions on Orthofix and its business from a strategic and operational perspective. In recommending that Orthofix stockholders vote their shares of Orthofix common stock in favor of the Orthofix share issuance, the Orthofix Board considered a number of factors, including the following (not necessarily listed in order of relative importance):

- Orthofix's businesses and operations and its current and historical financial condition and results of operations;

75

Table of Contents

- Orthofix's strategic plan and related financial projections, the risks and uncertainties in executing on the strategic plan and achieving the financial projections, including risks related to consolidation and increased competition among participants in Orthofix's industry, current dynamics and outlooks of Orthofix's industry, and the "risk factors" set forth in Orthofix's Annual Report on Form 10-K for the year ended December 31, 2021, and subsequent reports filed with the SEC;

- The current and expected valuation of Orthofix common stock, as well as the historic trading ranges of Orthofix common stock and the potential trading range of Orthofix common stock absent announcement of the merger agreement;

- Various analyses as to the valuation of Orthofix as an independent company, including to account for the anticipated earnings over time from the existing Orthofix business, including in comparison to the expected attractive valuation of the combined company in the future;

- The perceived risks of Orthofix as a standalone public company and the assessment by the Orthofix Board, taking into account, among other things, its review of potential strategic options with the assistance of Orthofix management and Orthofix's advisors;

- That the merger of equals transaction allows Orthofix to strengthen its highly complementary spine and orthopedics portfolios by engaging in a merger of equals transaction that will address the high growth segments of the global spine and orthopedic markets;

- The current competitive landscape for spine, orthopedics and biologics and regenerative product lines, including the competitive advantages of firms with significant scale and accelerated adoption of innovative and differentiated technologies across all channels;

- The value creation potential that is expected to be enhanced in a combination with SeaSpine compared to the potential of Orthofix on a standalone basis, by increasing Orthofix's competitive strengths across the spine and biologics product lines;

- That the combined company's financial strength and broad product offerings will allow it to sustain investment in rapid product innovation and introduction;

- The combined company's expected enhanced technology and research and development capabilities, which will help the combined company accelerate adoption of innovative and differentiated technologies across all product lines, which is expected to provide the combined company with additional growth opportunities as compared to Orthofix on a standalone basis and to enhance the combined company's position as a leading global spine and orthopedics company;

- The Orthofix Board's belief that SeaSpine's business profile — i.e., a concentrated product offering focused on spine and biologics that the Orthofix Board believes have attractive future growth prospects — would coincide well with Orthofix's medium- and long-term strategic focus on having complementary portfolios bridging across growing markets, and enable the combined company not to be overly reliant on any single product that participates in slower growth markets;

- That many of the same engineering, manufacturing, sales and distribution capabilities are required to support both the Orthofix and SeaSpine businesses, and the expected complementary capabilities and technology sharing enabled by bringing Orthofix and SeaSpine together, which are expected to enhance product offerings for surgeons and accelerate revenue opportunities beyond what Orthofix could have accomplished on its own over the medium- and long-term, including:

  - that Orthofix can capitalize on SeaSpine's current and future products, which are expected to allow the combined company to enhance its products and win greater market share, and that SeaSpine's spine business has a differentiated enabling technology in 7D Flash Navigation, which participates in one of the highest-growth segments in the spine industry;

  - that SeaSpine can capitalize on Orthofix's capabilities, such as Orthofix's financial resources, which are expected to enable the combined company to fund a leading portfolio of spine and biologic products in the future;

76

Table of Contents

- The expected generation of more than $40 million of annual cost synergies, by the third year following completion of the merger, through the reduction of redundant overhead and public company costs;

- The expected strong cash flow generation and balance sheet of the combined company, which is expected to provide for the development of the current and future commercialization of SeaSpine and Orthofix products;

- The complementary cultures of Orthofix and SeaSpine, including a strong performance-based culture focused on integrity, collaboration, innovation, diversity and corporate social responsibility;

- The fact that the merger agreement provides for a fixed exchange ratio and that no adjustment will be made in the merger consideration to be received by SeaSpine stockholders in the merger as a result of possible changes in the market price of Orthofix's common stock following the announcement of the merger;

- The benefits of an all-stock combination that allows Orthofix stockholders, as well as SeaSpine stockholders, to continue to participate in the significant upside of the combined company's business;

- The resulting percentage ownership interest that current Orthofix stockholders would have in the combined company following the merger;

- The written opinion of Perella Weinberg, dated October 10, 2022, to the Orthofix Board, to the effect that, as of the date of such opinion, and based upon and subject to the various assumptions made, procedures followed, matters considered, and qualifications and limitations on the scope of the review undertaken by Perella Weinberg as set forth in such written opinion, the exchange ratio in the merger pursuant to the merger agreement was fair, from a financial point of view to Orthofix, as described in greater detail in the section entitled "— Opinion of Orthofix's Financial Advisor." The full text of the written opinion of Perella Weinberg, dated October 10, 2022, which sets forth assumptions made, procedures followed, matters considered and qualifications and limitations on the scope of review undertaken by Perella Weinberg in rendering its opinion, is attached as Annex B to this joint proxy statement/prospectus and is incorporated by reference herein in its entirety;

- The structure of the transaction as a merger of equals, including the governance terms in the merger agreement providing that, among other things:

  - a highly independent board of directors, with seven (of nine) directors expected to be independent, including a Lead Independent Director;

  - the board of directors of the combined company would include five directors who are directors of Orthofix as of immediately prior to the completion of the merger, and four directors who are directors of SeaSpine as of immediately prior to the completion of the merger;

  - SeaSpine's Chief Executive Officer prior to the completion of the merger would serve as the Chief Executive Officer of the combined company;

  - Orthofix's Chief Executive Officer prior to the completion of the merger would serve as the Executive Chairman of the combined company; and

  - the belief of the Orthofix Board that the above-described arrangements would reasonably assure the continuity of the management and oversight of the combined company following completion of the merger and facilitate a strong management team drawn from both Orthofix and SeaSpine, leveraging the respective expertise of both management teams, to work together to integrate the two companies and provide a stable foundation for future management succession;

- Orthofix's ability under the merger agreement, subject to certain conditions, to provide information to and engage in discussions or negotiations with third parties that make unsolicited transaction proposals;

- That if Orthofix were to receive an alternative transaction proposal that the Orthofix Board determines constitutes or would reasonably be expected to result in a superior proposal (as defined in "The Merger

77

Table of Contents

Agreement — Covenants and Agreements — No Solicitation; Board Recommendations"), the Orthofix Board would be able, subject to certain conditions, to consider the superior proposal and, subject to payment of approximately $13.7 million plus up to $2.0 million in expense reimbursement, terminate the merger agreement in order to accept a superior proposal;

- The ability under the merger agreement for the Orthofix Board, subject to certain conditions, to change its recommendation in favor of the Orthofix share issuance proposal in response to an intervening event if the Orthofix Board determines in good faith that failure to take such action would be a breach of its fiduciary duties;

- The termination provisions contained in the merger agreement, including the fact that the Orthofix Board believed that the termination fee it would have to pay SeaSpine in specified circumstances of approximately $13.7 million plus up to $2.0 million in expense reimbursement is reasonable in light of, among other things, the benefits of the merger to Orthofix stockholders, the typical size of such fees in similar transactions and the likelihood that such a fee would not preclude or unreasonably restrict the emergence of alternative transaction proposals, as well as the fact that generally no termination fee is payable by Orthofix to SeaSpine if Orthofix stockholders do not approve the Orthofix share issuance proposal and the Orthofix Board has not changed its recommendation to Orthofix stockholders to vote for such proposal so long as Orthofix has not breached certain provisions of the merger agreement, and that Orthofix would receive a termination fee of approximately $10.6 million plus up to $2.0 million in expense reimbursement from SeaSpine in specified circumstances;

- The outside date under the merger agreement, taking into account the ability of Orthofix or SeaSpine to extend the initial March 10, 2023, outside date in specified circumstances to June 10, 2023, (as more fully described in the section entitled "The Merger Agreement — Termination"), which is expected to allow for sufficient time to complete the merger;

- The likelihood that the parties would complete the merger taking into account the commitments by Orthofix and SeaSpine to obtain applicable consents and approvals under regulatory laws;

- The Orthofix Board's knowledge of SeaSpine, taking into account publicly available information regarding SeaSpine and the results of Orthofix's due diligence review of SeaSpine;

- The Orthofix Board's understanding of the current valuation of SeaSpine common stock, as well as the historic trading ranges of SeaSpine common stock;

- The fact that the merger agreement was the product of arm's-length negotiations and contained terms and conditions that are, in the Orthofix Board's view, favorable to Orthofix and its stockholders;

- The fact that the merger agreement was unanimously approved by the Orthofix Board, which is comprised of a majority of independent directors who are not affiliated with SeaSpine and are not employees of Orthofix or any of its subsidiaries, and which received advice from Orthofix's financial and legal advisors in evaluating, negotiating and recommending the terms of the merger agreement;

- The condition to completing the merger that the Orthofix share issuance must be approved by the affirmative vote of a majority in voting power of the shares of Orthofix common stock present in person or represented by proxy at the Orthofix special meeting and entitled to vote thereon and the SeaSpine merger proposal must be approved by the affirmative vote of the holders of a majority of the shares of SeaSpine common stock outstanding as of the SeaSpine record date and entitled to vote on the proposal, and the absence of any stock voting commitments by management or other stockholders, so that Orthofix stockholders and SeaSpine stockholders will have the right to approve or disapprove of the Orthofix share issuance proposal and the SeaSpine merger proposal; and

- Orthofix's ability to specifically enforce SeaSpine's obligations under the merger agreement, including SeaSpine's obligations to complete the merger.

78

Table of Contents

The Orthofix Board also considered a number of uncertainties, risks and other factors in its deliberations concerning the merger and the other transactions contemplated by the merger agreement, including the following (not necessarily listed in order of relative importance):

- The fact that Orthofix stockholders would forgo the opportunity to realize the potential value of Orthofix as a standalone public company;

- The fact that the value of the merger consideration payable to SeaSpine stockholders could increase in the event that the Orthofix stock price or the value of the Orthofix business increases prior to the completion of the merger;

- The fact that, under specified circumstances, Orthofix may be required to pay an approximate $13.7 million termination fee plus $2.0 million in expenses in the event the merger agreement is terminated and the effect this could have on Orthofix, including the possibility that the termination fee payable by Orthofix to SeaSpine upon the termination of the merger agreement in specified circumstances could discourage some potential transaction counterparties from making a transaction proposal, although the Orthofix Board believes that the termination fee is reasonable in amount and would not unduly deter any other party that might be interested in combining with Orthofix;

- The ability of the SeaSpine Board upon SeaSpine's receipt of an alternative transaction proposal that the SeaSpine Board determines constitutes or would reasonably be expected to result in a superior proposal, to, subject to certain conditions, consider the superior proposal and, subject to payment of approximately $10.6 million plus up to $2.0 million in expense reimbursement, terminate the merger agreement in order to accept a superior proposal;

- The risk that the termination fee of approximately $10.6 million plus expense reimbursement of up to $2.0 million SeaSpine may be required to pay Orthofix in the event the merger agreement is terminated under specified circumstances may not be sufficient to compensate Orthofix for the harm it might suffer as a result of such termination;

- The fact that the market price of Orthofix common stock could be affected by many factors if the merger agreement were terminated, including: (1) the reason or reasons for such termination and whether such termination resulted from factors adversely affecting Orthofix, (2) the possibility that, as a result of the termination of the merger agreement, possible transaction partners may consider Orthofix to be a less attractive transaction partner and (3) the possible sale of Orthofix common stock by short-term investors following an announcement that the merger agreement was terminated;

- The time, effort and substantial costs involved with entering into the merger agreement and completing the merger and the related disruptions to the operation of Orthofix's business, including the risk of diverting management's attention from other strategic priorities to implement merger integration efforts;

- The challenges inherent in combining the Orthofix business and the SeaSpine business;

- The restrictions in the merger agreement on Orthofix's conduct of business prior to the completion of the merger, which could delay or prevent Orthofix from undertaking business opportunities that may arise, or taking other actions with respect to its operations that the Orthofix Board and management might believe were appropriate or desirable;

- The fact that there can be no assurance that all conditions to the parties' obligations to complete the merger will be satisfied;

- The fact that the completion of the merger would require approval under or expiration or termination of the applicable waiting periods under the HSR Act, the risk that regulatory agencies may not approve the merger or may impose terms and conditions on their approvals that adversely affect the business and financial results of the combined company, and the amount of time that might be required to obtain all required regulatory consents and approvals;

79

Table of Contents

- The risk that the Orthofix stockholders do not approve the Orthofix share issuance proposal and/or the SeaSpine stockholders do not approve the SeaSpine merger proposal;

- The impact of the announcement, pendency or completion of the merger, or the failure to complete the merger, on Orthofix's relationships with its employees (including making it more difficult to attract and retain key personnel and the possible loss of key management, technical and other personnel), customers and suppliers;

- The fact that Orthofix stockholders will not be entitled to exercise appraisal or dissenters' rights in connection with the merger;

- The risk of litigation, injunctions or other legal proceedings related to the transactions contemplated by the merger agreement; and

- The risks of the type and nature described under "Risk Factors," and the matters described under "Cautionary Note Regarding Forward-Looking Statements."

The Orthofix Board believed that, overall, the merger and the other transactions contemplated by the merger agreement were a unique opportunity, and after taking into account the foregoing risks, the Orthofix Board determined that because the possible future of the combined company was so attractive and promising, the merger and the other transactions contemplated by the merger agreement were overwhelmingly in the interest of Orthofix stockholders.

This discussion of the information and factors considered by the Orthofix Board in reaching its conclusions and recommendation includes the principal factors considered by the Orthofix Board, but is not intended to be exhaustive and may not include all of the factors considered by the Orthofix Board. In view of the wide variety of factors considered in connection with its evaluation of the merger and the other transactions contemplated by the merger agreement, and the complexity of these matters, the Orthofix Board did not find it useful and did not attempt to quantify, rank or assign any relative or specific weights to the various factors that it considered in reaching its determination to approve and declare advisable the merger agreement and the transactions contemplated by the merger agreement, including the merger, and to make its recommendation to Orthofix stockholders. Rather, the Orthofix Board viewed its decisions as being based on the totality of the information presented to it and the factors it considered, including its discussions with, and questioning of, members of Orthofix's management and Orthofix's advisors, as well as the directors' individual experiences and expertise. In addition, individual members of the Orthofix Board may have assigned different weights to different factors.

Orthofix's directors and executive officers may have interests in the merger that are different from, or in addition to, those of Orthofix stockholders generally. The Orthofix Board was aware of and considered these potential interests, among other matters, in evaluating the merger and in making its recommendation to Orthofix stockholders. For a discussion of these interests, see the section entitled "Interests of Orthofix's Directors and Executive Officers in the Merger."

For the reasons set forth above, the Orthofix Board has unanimously (i) determined that the merger agreement and the other transactions contemplated thereby, including the issuance of shares of Orthofix common stock in the merger, are advisable and in the best interests of Orthofix and the Orthofix stockholders, (ii) authorized, approved and adopted the merger agreement and authorized the issuance of shares of Orthofix common stock in the merger and (iii) directed that the issuance of shares of Orthofix common stock in the merger be submitted for consideration at the special meeting and recommended that the Orthofix stockholders vote in favor of the issuance of shares of Orthofix common stock. Accordingly, the Orthofix Board unanimously recommends that Orthofix stockholders vote "**FOR**" the Orthofix share issuance proposal at the Orthofix special meeting.

80

Table of Contents

**THE ORTHOFIX BOARD UNANIMOUSLY RECOMMENDS THAT ORTHOFIX STOCKHOLDERS VOTE "FOR" THE ORTHOFIX SHARE ISSUANCE PROPOSAL AND "FOR" THE ORTHOFIX ADJOURNMENT PROPOSAL.**

**SeaSpine Board's Recommendation and Reasons for the Merger**

On October 10, 2022, after careful consideration the SeaSpine Board unanimously (1) approved and declared advisable the merger agreement and the transactions contemplated by the merger agreement, (2) determined that the merger agreement and the transactions contemplated by the merger agreement, including the merger and the merger consideration, are fair to, and in the best interests of, SeaSpine and SeaSpine's stockholders, (3) resolved to recommend the approval of the adoption of merger agreement to the SeaSpine stockholders and (4) directed that the adopting merger agreement be submitted to SeaSpine stockholders for approval.

In reaching its decision to approve, and declare advisable, the merger agreement and to recommend that SeaSpine's stockholders adopt the merger agreement, the SeaSpine Board, as described above in the section entitled "— Background of the Merger" beginning on page 59 of this joint proxy statement/prospectus, held a number of meetings, consulted with SeaSpine's management and its legal and financial advisors and considered a number of factors, including its knowledge of the business, assets and liabilities, results of operations, financial performance, strategic direction and prospects of each of SeaSpine, Orthofix and the combined company following the merger (taking into account the results of SeaSpine's due diligence of Orthofix), as well as the risks in achieving those prospects and the anticipated effects of the merger. The SeaSpine Board considered a variety of factors that weighed positively in favor of the merger agreement, the merger and the other transactions contemplated by the merger agreement. These factors included the following, which are not necessarily in order of importance:

- SeaSpine's businesses and operations and its current and historical financial condition and results of operations;

- SeaSpine's strategic plan and related financial projections, the risks and uncertainties in executing on the strategic plan and achieving the financial projections, risks and uncertainties related to potential financing transactions and the potential dilution to existing stockholders from such transactions, risks related to consolidation and increased competition among participants in SeaSpine's industry, current dynamics and outlooks of SeaSpine's industry, and the "risk factors" set forth in SeaSpine's Annual Report on Form 10-K for the year ended December 31, 2021, and subsequent reports filed with the SEC;

- the current and expected valuation of SeaSpine common stock, as well as the historic trading ranges of SeaSpine common stock and the potential trading range of SeaSpine common stock absent announcement of the merger agreement;

- the expectation that the merger would create a larger, premier spine and orthopedics company;

- the highly complementary nature of SeaSpine's and Orthofix's businesses, products and geographic markets;

- the expectation that the combined company will be better positioned to pursue an aggressive growth strategy in comparison to SeaSpine on a stand-alone basis;

- the belief that the combined company, in light of its larger scale, more comprehensive product offerings and market presence, will be better positioned to meet the challenges facing the spinal and orthopedic industries, including regulatory, financial, and economic challenges;

- the opportunity for the combined company to generate annual cost synergies of more than $40 million by the third year following completion of the merger, through the reduction of redundant overhead and public company costs;

- the fact that SeaSpine stockholders will own approximately 43.5% of the combined company immediately following completion of the merger;

81

Table of Contents

- the fact that the exchange ratio is fixed; the potential opportunity for SeaSpine stockholders to participate in a more diversified business profile as compared to SeaSpine's business, financial condition, financial performance, competitive position, assets and future prospects as a standalone company;

- current industry, economic and market conditions and trends;

- the risks and uncertainties of alternative means of creating stockholder value and pursuing SeaSpine's strategic goals;

- the expectation that the merger will result in greater value to SeaSpine stockholders than the value that could be expected to be generated from the various other strategic alternatives available to SeaSpine; the fact that the per share price implied by the exchange ratio of 0.4163 represents a 39% premium to the closing price of a share of SeaSpine common stock on October 7, 2022, and a 20% and 16% premium for the 30 and 90 day trading periods (based on SeaSpine's volume weighted average price), respectively, ending October 7, 2022;

- the fact that the merger is intended to qualify as a tax-free reorganization;

- SeaSpine's knowledge of Orthofix's business, operations, operating results, financial condition, strategy and future prospects;

- The written opinion of Piper Sandler delivered to the SeaSpine Board on October 10, 2022, to the effect that, as of such date and based upon and subject to the assumptions made, procedures followed, matters considered and limitations on the scope of the review undertaken by Piper Sandler in rendering its written opinion, the exchange ratio was fair, from a financial point of view, to the holders of SeaSpine common stock, as more fully described below under "— Opinion of SeaSpine's Financial Advisor," which full text of the written opinion is attached as Annex C to this joint proxy statement/prospectus and is incorporated by reference in this joint proxy statement/prospectus in its entirety;

- the fact that, subject to compliance with the terms and conditions of the merger agreement, SeaSpine is permitted to conduct negotiations with third parties and to terminate the merger agreement in order to accept a superior proposal;

- the limited number of conditions to the merger and the commitment made by the parties to cooperate and use reasonable best efforts to obtain regulatory clearances;

- the fact that during its negotiations with Orthofix, SeaSpine received an indication of interest from a third party, which the SeaSpine Board concluded was of higher risk, less certainty, and not as strong an opportunity;

- the risks and uncertainties of SeaSpine continuing to pursue its long-term business plan as an independent public company;

- the governance arrangements contained in the merger agreement; and the fact that the combined company is expected to have in the range of $150 million in available liquidity upon completion of the merger; and

- the expectation that the merger will result in greater value to the SeaSpine stockholders than the value that could be expected to be generated from the various other strategic alternatives available to SeaSpine.

The SeaSpine Board also considered a variety of risks and other potentially negative factors concerning the merger. These factors included the following, which are not necessarily listed in order of importance:

- the fact that SeaSpine stockholders will own a smaller percentage in the combined company than SeaSpine stockholders own in SeaSpine currently;

- the difficulty and costs inherent in the combination of SeaSpine and Orthofix;

- that SeaSpine's management anticipates some revenue dis-synergies as a result of the merger;

82

Table of Contents

- the risk that the combined company may face liquidity challenges during the next few years;

- the fact that the exchange ratio will not adjust to compensate for changes in the price of Orthofix shares or SeaSpine shares prior to the consummation of the merger;

- the potential adverse impact of business uncertainty prior to the effectiveness of the merger;

- the potential consequences of non-consummation of the merger; the fact that one of Orthofix's spine products has recently generated lower sales;

- the risk that SeaSpine stockholders or Orthofix stockholders may fail to approve the merger;

- the risk that the merger might not be completed in a timely manner;

- risks related to regulatory approvals necessary to complete the merger;

- risks related to certain terms of the merger agreement (including restrictions on the conduct of SeaSpine's business prior to completion of the merger and the requirement that SeaSpine pay Orthofix a termination fee and expense reimbursement in certain circumstances); and

- risks related to the diversion of management and resources from other strategic opportunities.

**THE SEASPINE BOARD UNANIMOUSLY RECOMMENDS THAT SEASPINE STOCKHOLDERS VOTE "FOR" THE SEASPINE MERGER PROPOSAL, "FOR" THE SEASPINE MERGER-RELATED COMPENSATION PROPOSAL AND "FOR" THE SEASPINE ADJOURNMENT PROPOSAL.**

### Opinion of Orthofix's Financial Advisor

The Orthofix Board retained Perella Weinberg to act as its financial advisor in connection with the merger. The Orthofix Board requested that Perella Weinberg undertake a study to consider the fairness, from a financial point of view, to Orthofix, of the Exchange Ratio (as defined below) in the merger pursuant to the merger agreement. On October 10, 2022, Perella Weinberg rendered to the Orthofix Board its oral opinion, subsequently confirmed in writing, that, as of such date and based upon and subject to the various assumptions made, procedures followed, matters considered and qualifications and limitations set forth therein, the exchange ratio of 0.4163 shares of Orthofix common stock to be received for each share of SeaSpine common stock (other than shares of SeaSpine common stock that are owned by Orthofix, Merger Sub, any direct or indirect wholly-owned subsidiaries of Orthofix or SeaSpine, or by SeaSpine as treasury shares) (such exchange ratio, the "Exchange Ratio") in the merger pursuant to the merger agreement was fair, from a financial point of view, to Orthofix.

**The full text of Perella Weinberg's written opinion, dated October 10, 2022, which sets forth, among other things, the assumptions made, procedures followed, matters considered and qualifications and limitations on the review undertaken by Perella Weinberg, is attached as Annex B to this joint proxy statement/prospectus and is incorporated by reference herein.**

**Perella Weinberg's opinion was addressed to and provided for the information and assistance of the Orthofix Board, in its capacity as such, in connection with, and for the purpose of, the Orthofix Board's evaluation of the Exchange Ratio from a financial point of view, and does not address any other term, aspect or implication of the merger agreement or the merger. Perella Weinberg's opinion does not address the underlying decision by Orthofix to engage in the merger nor the relative merits of the merger compared with any alternative transactions or business strategies. Perella Weinberg's opinion was not intended to be and does not constitute a recommendation to any holder of shares of Orthofix common stock as to how such holder should vote or otherwise act with respect to the merger or any other matter. Perella Weinberg's opinion does not in any manner address what the value of shares of SeaSpine common stock actually will be when issued or the prices at which shares of Orthofix common stock or SeaSpine common stock will trade at any time, including following announcement or completion of the merger. In addition, Perella Weinberg expressed no opinion as to the fairness of the merger to the holders of any other class of securities, creditors or other constituencies of Orthofix. The description of Perella Weinberg's opinion set forth below is qualified in its entirety by reference to the full text of the opinion.**

83

Table of Contents

## THE MERGER AGREEMENT

This section describes the material terms of the merger agreement. The descriptions of the merger agreement in this section and elsewhere in this joint proxy statement/prospectus are qualified in their entirety by reference to the complete text of the merger agreement, a copy of which merger agreement is attached as Annex A and is incorporated by reference into this joint proxy statement/prospectus. This summary does not purport to be complete and may not contain all of the information about the merger agreement that is important to you. You are encouraged to carefully read the entire merger agreement.

### Explanatory Note Regarding the Merger Agreement

The merger agreement and the summary of its terms in this joint proxy statement/prospectus have been included to provide you with information regarding the terms and conditions of the merger agreement. Neither the merger agreement nor the summary of its material terms included in this section is intended to provide any factual information about Orthofix or SeaSpine. Factual disclosures about Orthofix and SeaSpine contained in this joint proxy statement/prospectus and/or in the public reports of Orthofix and SeaSpine filed with the SEC (as described in the section entitled "Where You Can Find More Information") may supplement, update or modify the disclosures about Orthofix and SeaSpine contained in the merger agreement. The merger agreement contains representations and warranties and covenants of the parties customary for a merger of this nature. The representations and warranties contained in the merger agreement were made only for purposes of the merger agreement as of the specific dates therein; were made solely for the benefit of the parties to the merger agreement; may be subject to limitations agreed upon by the contracting parties, including being qualified by confidential disclosures made for the purposes of allocating contractual risk between the parties to the merger agreement instead of establishing these matters as facts; and may be subject to standards of materiality applicable to the contracting parties that differ from those applicable to investors. Investors are not third-party beneficiaries under the merger agreement except for the limited purposes expressly set forth therein and should not rely on the representations and warranties or any descriptions thereof as characterizations of the actual state of facts or condition of the parties thereto or any of their respective subsidiaries or affiliates. Moreover, information concerning the subject matter of representations and warranties may change after the date of the merger agreement, which subsequent information may or may not be fully reflected in Orthofix's or SeaSpine's public disclosures. Accordingly, the representations and warranties in the merger agreement should not be relied on by any persons as characterizations of the actual state of facts about Orthofix or SeaSpine at the time they were made or otherwise.

### Structure of the Merger

The merger agreement provides that, upon the terms and subject to the conditions set forth in the merger agreement, and in accordance with the DGCL, at the effective time of the merger, referred to as the effective time, Merger Sub will merge with and into SeaSpine, and the separate corporate existence of Merger Sub will cease. SeaSpine will continue as the surviving corporation and a wholly owned subsidiary of Orthofix.

At the effective time, the certificate of incorporation of SeaSpine and the bylaws of SeaSpine will be amended and restated in their entirety to be in the form of the certificate of incorporation of Merger Sub (subject to the continuing direct and officer indemnification requirements set forth in the merger agreement) and the bylaws of Merger Sub, respectively, as in effect immediately prior to the effective time (except that (1) the name of the surviving corporation will be "SeaSpine Holdings Corporation"), until amended in accordance with applicable law and such certificate of incorporation and bylaws, as applicable.

### Merger Consideration

At the effective time, by virtue of the merger and without any further action of the parties or any holder of shares thereof, each issued and outstanding share of SeaSpine common stock (other than excluded shares, which will be canceled and retired and cease to exist) will be converted into the right to receive 0.4163 fully paid and nonassessable shares of Orthofix common stock.

117

Table of Contents

The 0.4163 shares of Orthofix common stock into which each share of SeaSpine common stock (other than excluded shares) will be converted is referred to as the exchange ratio. Based on the closing price of Orthofix common stock on Nasdaq of $18.40 on October 10, 2022, the last trading day before public announcement of the merger, the merger consideration represented approximately $7.66 for each share of SeaSpine common stock. The closing price of SeaSpine common stock on the Nasdaq on October 10, 2022 was $5.57.

In the event that either Orthofix or SeaSpine changes the number of its shares issued and outstanding prior to the effective time as a result of a reclassification, stock split (including a reverse stock split), stock dividend or distribution, recapitalization, merger, subdivision, issuer tender or exchange offer, or other similar transaction, the exchange ratio would be equitably adjusted to reflect such change.

The exchange ratio is fixed, which means that it will not change between now and the date of the completion of the merger, regardless of whether the market price of either SeaSpine common stock or Orthofix common stock changes. Therefore, the value of the merger consideration will depend on the market price of Orthofix common stock at the completion of the merger.

The market price of Orthofix common stock has fluctuated since the date of the announcement of the merger agreement and will continue to fluctuate from the date of this joint proxy statement/prospectus to the date of the special meetings, the date the merger is completed and thereafter. The market value of the Orthofix common stock to be issued in exchange for SeaSpine common stock upon the completion of the merger will not be known at the time of the SeaSpine special meeting or the Orthofix special meeting. Therefore, current and historical market prices of Orthofix common stock are not reflective of the value that SeaSpine stockholders will receive in the merger, and the current stock price quotations for SeaSpine common stock and Orthofix common stock may not provide meaningful information to Orthofix stockholders in determining whether to approve the Orthofix share issuance proposal or to SeaSpine stockholders in determining whether to approve the SeaSpine merger proposal. Both Orthofix's and SeaSpine's common stock is traded on Nasdaq under the symbols "OFIX" and "SPNE," respectively. Orthofix stockholders and SeaSpine stockholders are encouraged to review carefully the other information contained in this joint proxy statement/prospectus or incorporated by reference in this joint proxy statement/prospectus. See "Where You Can Find More Information."

Orthofix will not issue fractional shares of Orthofix common stock in connection with the merger, no dividends or distributions of Orthofix will relate to fractional share interests, and fractional share interests will not entitle the owner thereof to vote or to any rights as an Orthofix stockholders. Each SeaSpine stockholder that otherwise would have been entitled to receive a fraction of a share of Orthofix common stock will receive, in lieu thereof and upon surrender of such certificate or book-entry share representing SeaSpine common stock, an amount in cash (rounded to the nearest whole cent), without interest and subject to any required tax withholding, determined by multiplying such fraction by the volume weighted average trading price per share of Orthofix common stock on Nasdaq for the five consecutive trading days ending on (and including) the trading day that is three trading days prior to the date of the effective time.

In accordance with Section 262 of the DGCL, no appraisal rights will be available to holders of SeaSpine common stock or Orthofix common stock in connection with the merger. Orthofix stockholders will continue to own their existing shares of Orthofix common stock, the form of which will not be changed by the merger.

**Treatment of SeaSpine Equity Awards**

*SeaSpine Restricted Stock Awards*

As of immediately prior to the effective time, each outstanding SeaSpine restricted stock award will be converted into an award of restricted Orthofix shares with the same terms and conditions that applied to such SeaSpine restricted stock award immediately prior to the effective time, including applicable vesting conditions (which include rights accruing under the SeaSpine Equity Plan or SeaSpine Inducement Plan, as applicable, as a

118

Table of Contents

result of the occurrence of a change in control ), relating to a number of shares of Orthofix common stock equal to the product, rounded down to the nearest whole number of shares, of (1) the number of shares of SeaSpine common stock subject to such SeaSpine restricted stock award and (2) the exchange ratio.

### *SeaSpine RSU Awards*

As of immediately prior to the effective time, each outstanding SeaSpine RSU award will be converted into an award of restricted stock units of Orthofix with the same terms and conditions that applied to such SeaSpine RSU award immediately prior to the effective time, including applicable vesting conditions (which include rights accruing under the SeaSpine Equity Plan or SeaSpine Inducement Plan, as applicable, as a result of the occurrence of a change in control), relating to a number of shares of Orthofix common stock equal to the product, rounded down to the nearest whole number of shares, of (1) the number of shares of SeaSpine common stock subject to such SeaSpine RSU award and (2) the exchange ratio.

### *SeaSpine Options*

As of immediately prior to the effective time, each outstanding SeaSpine option will be converted into an option to acquire shares of Orthofix common stock at an adjusted exercise price per share, subject to the same terms and conditions as were applicable to such SeaSpine option immediately prior to the effective time (which includes rights accruing under the SeaSpine Equity Plan or SeaSpine Inducement Plan, as applicable, as a result of the occurrence of a change in control), including applicable vesting conditions; accordingly, effective as of the effective time: (A) each such option shall be exercisable solely for shares of Orthofix common stock; (B) the number of shares of Orthofix common stock subject to each such option shall be determined by multiplying the number of shares of SeaSpine common stock subject to the SeaSpine option by the exchange ratio and rounding down to the nearest whole number of shares of Orthofix common stock; and (C) the per share exercise price for the shares of Orthofix common stock issuable upon exercise of such option shall be determined by dividing the per share exercise price for the shares of SeaSpine common stock subject to the SeaSpine option, as in effect immediately prior to the effective time, by the exchange ratio, and rounding the resulting exercise price up to the nearest whole cent.

### Closing and Effectiveness of the Merger

The completion of the merger, referred to as the closing, will occur at a date and time to be specified by Orthofix and SeaSpine, which shall be no later than the third business day after the satisfaction or, to the extent permitted by applicable law, waiver of all of the closing conditions set forth in the merger agreement (other than those conditions that by their terms are to be fulfilled at the closing, subject to the satisfaction or waiver of those conditions).

The merger will become effective at such time when the certificate of merger has been duly filed with the Secretary of State of the State of Delaware or such later time as may be mutually agreed in writing by Orthofix and SeaSpine and specified in the certificate of merger.

### Conversion of Shares; Exchange of Certificates

Prior to the closing date, Orthofix and SeaSpine will mutually select a bank or trust company, which may be the transfer agent for the Orthofix common stock, to act as exchange agent in the merger.

As promptly as reasonably practicable after the effective time, but in any event within five business days after such time, Orthofix will cause the exchange agent to mail to each holder of record of a certificate that immediately prior to the effective time represented outstanding shares of SeaSpine common stock: (i) a notice advising such holder of the effectiveness of the merger, (ii) a letter of transmittal in customary form and containing such provisions as Orthofix and SeaSpine may reasonably specify (including a provision confirming

119

Table of Contents

### WHERE YOU CAN FIND MORE INFORMATION

Orthofix has filed a registration statement on Form S-4 to register with the SEC the shares of Orthofix common stock to be issued to SeaSpine stockholders in connection with the merger. This joint proxy statement/prospectus is a part of that registration statement and constitutes a prospectus of Orthofix in addition to being proxy statements of Orthofix and SeaSpine for their respective special meetings. The registration statement, including the attached exhibits and annexes, contains additional relevant information about Orthofix and SeaSpine. The rules and regulations of the SEC allow Orthofix and SeaSpine to omit certain information included in the registration statement from this joint proxy statement/prospectus.

Orthofix and SeaSpine file annual, quarterly and special reports, proxy statements and other information with the SEC. The SEC maintains a website that contains reports, proxy statements and other information about Orthofix and SeaSpine. The address of that site is *http://www.sec.gov*. The reports and other information filed by Orthofix and SeaSpine with the SEC are also available at their respective websites, which are *www.orthofix.com* and *www.seaspine.com*. Information on these websites is not part of this joint proxy statement/prospectus.

The SEC allows Orthofix and SeaSpine to "incorporate by reference" information into this joint proxy statement/prospectus. This means that important information can be disclosed to you by referring you to another document filed separately with the SEC. The information incorporated by reference is deemed to be part of this joint proxy statement/prospectus, except for any information superseded by information in this joint proxy statement/prospectus or in later filed documents incorporated by reference into this joint proxy statement/prospectus. This joint proxy statement/prospectus incorporates by reference the documents set forth below that Orthofix and SeaSpine have, respectively, previously filed with the SEC and any additional documents that either company may file with the SEC under Section 13(a), 13(c), 14 or 15(d) of the Exchange Act between the date of this joint proxy statement/prospectus and the respective dates of the SeaSpine and Orthofix special meetings (other than, in each case, those documents, or the portions of those documents or exhibits thereto, deemed to be furnished and not filed in accordance with SEC rules). These documents contain important information about Orthofix and SeaSpine and their respective financial performance.

| **Orthofix SEC Filings (File No. 0-19961)** | **Period** |
|---|---|
| Annual Report on Form 10-K | Annual Report on Form 10-K for the year ended December 31, 2021, filed with the SEC on February 25, 2022 |
| Quarterly Reports on Form 10-Q | Quarterly Reports on Form 10-Q for the quarters ended March 31, 2022, June 30, 2022, and September 30, 2022, filed with the SEC on May 6, 2022, August 5, 2022, and November 3, 2022 |
| Proxy Statement on Schedule 14A | Definitive Proxy Statement for Orthofix's 2022 annual meeting filed with the SEC on April 27, 2022 |
| Current Reports on Form 8-K | Current reports on Form 8-K or 8-K/A filed with the SEC on April 8, 2022, June 7, 2022, October 11, 2022 and November 21, 2022 (other than the portions of those documents not deemed to be filed pursuant to the rules promulgated under the Exchange Act) |

Any description of shares of Orthofix common stock contained in a registration statement filed pursuant to the Exchange Act and any amendment or report filed for the purpose of updating such description

192

Table of Contents

| SeaSpine SEC Filings (File No. 001-36905) | Period |
|---|---|
| Annual Report on Form 10-K | Annual Report on Form 10-K for the year ended December 31, 2021, filed with the SEC on March 15, 2022 |
| Quarterly Reports on Form 10-Q | Quarterly Reports on Form 10-Q for the quarters ended March 31, 2022, June 30, 2022 and September 30, 2022, filed with the SEC on May 9, 2022, August 4, 2022 and November 3, 2022 |
| Proxy Statement on Schedule 14A | Definitive Proxy Statement for SeaSpine's 2022 annual meeting filed with the SEC on April 22, 2022 |
| Current Reports on Form 8-K | Current reports on Form 8-K filed with the SEC on July 28, 2021, May 3, 2022, June 3, 2022, June 10, 2022, July 18, 2022, and October 11, 2022 (other than the portions of those documents not deemed to be filed pursuant to the rules promulgated under the Exchange Act) |
| Any description of shares of SeaSpine common stock contained in a registration statement filed pursuant to the Exchange Act and any amendment or report filed for the purpose of updating such description | |

Orthofix has supplied all information contained in or incorporated by reference into this joint proxy statement/prospectus relating to Orthofix, as well as all pro forma financial information, and SeaSpine has supplied all such information relating to SeaSpine.

Documents incorporated by reference are available from Orthofix or SeaSpine, as the case may be, without charge, excluding any exhibits to those documents, unless the exhibit is specifically incorporated by reference into this joint proxy statement/prospectus. SeaSpine stockholders or Orthofix stockholders, as applicable, may obtain these documents incorporated by reference by requesting them in writing or by telephone from the appropriate party at the following addresses and telephone numbers:

|  |  |
|---|---|
| Orthofix Medical Inc. | SeaSpine Holdings Corporation |
| 3451 Plano Parkway | 5770 Armada Drive |
| Lewisville, Texas 75056 | Carlsbad, California 92008 |
| Attention: Investor Relations | Attention: Investor Relations |
| (214) 937-3190 | (610) 368-6505 |
| MergerInfo@Orthofix.com | ir@seaspine.com |

To obtain timely delivery of the documents, you must request them no later than five business days before the date of the applicable special meeting. Therefore, if you would like to request documents from Orthofix, please do so by December 19, 2022, in order to receive them before the Orthofix special meeting. If you would like to request documents from SeaSpine, please do so by December 19, 2022, in order to receive them before the SeaSpine special meeting.

You should rely only on the information contained in or incorporated by reference into this joint proxy statement/prospectus to vote on the SeaSpine merger proposal, the SeaSpine merger-related compensation proposal, the SeaSpine adjournment proposal, the Orthofix share issuance proposal and the Orthofix adjournment proposal. Neither Orthofix nor SeaSpine has authorized anyone to provide you with information that is different from what is contained in this joint proxy statement/prospectus.

Table of Contents

If you are in a jurisdiction where offers to exchange or sell, or solicitations of offers to exchange or purchase, the securities offered by this joint proxy statement/prospectus or solicitations of proxies are unlawful, or if you are a person to whom it is unlawful to direct these types of activities, then the offer presented in this joint proxy statement/prospectus does not extend to you.

This joint proxy statement/prospectus is dated November 22, 2022. You should not assume that the information in it (or incorporated by reference) is accurate as of any date other than that date or the date of such incorporated document, as applicable, and neither its mailing to SeaSpine stockholders or Orthofix stockholders nor the issuance of shares of Orthofix common stock in the merger will create any implication to the contrary.

194