**EXHIBIT G**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No.    )

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐  Preliminary Proxy Statement

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒  Definitive Proxy Statement

☐  Definitive Additional Materials

☐  Soliciting Material Pursuant to §240.14a-12

## ORTHOFIX MEDICAL INC.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒  No fee required.

☐  Fee paid previously with preliminary materials

☐  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11

**ORTHOFIX**

**3451 Plano Parkway
Lewisville, Texas 75056**

Dear Shareholders:

We will hold the 2023 Annual Meeting of Shareholders of Orthofix Medical Inc. on June 19, 2023 at 9:00 a.m. Central Daylight Time at the Four Seasons Resort and Club Dallas at Las Colinas, 4150 North MacArthur Boulevard, Irving, Texas 75038.

This booklet includes the notice of annual meeting and the proxy statement. The proxy statement describes the business that we will conduct at the meeting.

Your vote is important. Please refer to the proxy card or other voting instructions included with these proxy materials for information on how to vote by proxy or in person.

Sincerely,

*Catherine M. Burzik*

**Catherine M. Burzik**

*Lead Independent Director*

April 27, 2023

# Notice of Annual Meeting of Shareholders and Proxy Statement

| | |
|---|---|
| Meeting Date: | **June 19, 2023** |
| | **9:00 a.m. Central Daylight Time** |
| Meeting Place: | **Four Seasons Resort and Club Dallas at Las Colinas** |
| | **4150 North MacArthur Boulevard** |
| | **Irving, Texas 75038** |

## Notice and Proxy Statement for Shareholders of

**ORTHOFIX MEDICAL INC.**
**3451 Plano Parkway**
**Lewisville, Texas 75056**
for

**2023 ANNUAL MEETING OF SHAREHOLDERS**

**to be held on June 19, 2023**

This notice and the accompanying proxy statement are being furnished to the shareholders of Orthofix Medical Inc., a Delaware corporation ("Orthofix" or the "Company"), in connection with the upcoming 2023 Annual Meeting of Shareholders (the "Annual Meeting") and the related solicitation of proxies by the Board of Directors of Orthofix (the "Board of Directors" or "Board") from holders of outstanding shares of common stock, par value $0.10 per share ("common stock"), of Orthofix as of the record date for the Annual Meeting for use at the Annual Meeting and at any adjournment or postponement thereof. In this notice and the accompanying proxy statement, all references to "we," "our" and "us" refer to the Company, except as otherwise provided.

### Time, Date and Place of Annual Meeting

Notice is hereby given that the Annual Meeting will be held on June 19, 2023 at 9:00 a.m. Central Daylight Time, at the Four Seasons Resort and Club Dallas at Las Colinas, 4150 North MacArthur Boulevard, Irving, Texas 75038.

### Proposals to be Considered at the Annual Meeting

1   **Election of Directors.** Shareholders will be asked to elect the following nine persons to the Board:  Wayne Burris, Catherine M. Burzik, Stuart M. Essig, Ph.D., Jason M. Hannon, John B. Henneman, III, James F. Hinrichs, Shweta Singh Maniar, Michael E. Paolucci, and Keith C. Valentine. The Board unanimously recommends that shareholders vote "FOR" each of the foregoing director nominees.

2   **Advisory and Non-Binding Resolution to Approve Executive Compensation.** Shareholders will be asked to approve an advisory and non-binding resolution on the compensation of the Company's named executive officers, as described in the "Compensation Discussion and Analysis" and the related compensation tables beginning on page 25 of this proxy statement. The Board unanimously recommends that shareholders vote "FOR" this proposal.

3   **Ratification of the Appointment of EY as Independent Registered Public Accounting Firm for 2023.** Shareholders will be asked to approve a resolution to ratify the appointment of Ernst & Young LLP as the independent registered public accounting firm for Orthofix and its subsidiaries for the fiscal year ending December 31, 2023. The Board unanimously recommends that shareholders vote "FOR" this proposal.

4   **Approval of an Amended and Restated Certificate of Incorporation to Increase the Authorized Number of Shares of Common Stock From 50 Million to 100 Million.** Shareholders will be asked to approve an Amended and Restated Certificate of Incorporation, including a proposal to increase the number of authorized shares of common stock from 50 million to 100 million. The Board unanimously recommends that shareholders vote "FOR" this proposal.

5   **Approval of an Amended and Restated Certificate of Incorporation to Provide for Exculpation of Officers as Permitted by Recent Amendments to Delaware Law.** Shareholders will be asked to approve an Amended and Restated Certificate of Incorporation, including a proposal to provide for exculpation of officers as permitted by recent amendments to Delaware law. The Board unanimously recommends that shareholders vote "FOR" this proposal.

6   **Approval of an Amendment and Restatement of the Certificate of Incorporation to Add Forum Selection Provisions.** Shareholders will be asked to approve an Amended and Restated Certificate of Incorporation, including a proposal regarding the addition of forum selection provisions. The Board unanimously recommends that shareholders vote "FOR" this proposal.

7   **Approval of Amendment No. 4 to the Amended and Restated 2012 LTIP.** Shareholders will be asked to approve Amendment No. 4 to the Company's Amended and Restated 2012 Long-Term Incentive Plan. The Board unanimously recommends that shareholders vote "FOR" this proposal.

8   **Approval of Amendment No. 3 to the Second Amended and Restated Stock Purchase Plan.** Shareholders will be asked to approve Amendment No. 3 to the Company's Second Amended and Restated Stock Purchase Plan to increase the number of shares available for issuance thereunder. The Board unanimously recommends that shareholders vote "FOR" this proposal.

9   **Advisory and Non-Binding Vote on the Preferred Frequency of Holding an Advisory and Non-Binding Resolution to Approve Executive Compensation.** Shareholders will be asked to indicate, on an advisory basis, their preferred frequency of holding an advisory vote on the compensation of our named executive officers. The frequency options are to hold the advisory vote every year, every two years or every three years. The Board unanimously recommends that shareholders vote to hold the advisory vote on the compensation of our named executive officers every year.

10   **Miscellaneous.** Shareholders will be asked to transact such other business as may come before the Annual Meeting or any adjournment or postponement thereof.

Please read a detailed description of proposals 1 through 9 stated above beginning on page 63 of the proxy statement.

**Shareholders Entitled to Vote**

All record holders of shares of Orthofix common stock at the close of business on the record date for the Annual Meeting, April 20, 2023, are being sent this notice and will be entitled to vote at the Annual Meeting. Each record holder on such date is entitled to cast one vote per share of common stock.

By Order of the Board of Directors

*(signature)*

**Patrick L. Keran**

*Chief Legal Officer*

April 27, 2023

**IMPORTANT NOTICE REGARDING THE AVAILABILITY OF PROXY MATERIALS FOR THE SHAREHOLDERS MEETING TO BE HELD JUNE 19, 2023: A COPY OF THIS PROXY STATEMENT, PROXY VOTING CARD, AND THE ORTHOFIX ANNUAL REPORT ON FORM 10-K FOR THE YEAR ENDED DECEMBER 31, 2022 ARE AVAILABLE AT WWW.PROXYDOCS.COM/OFIX.**

## *Corporate Governance Highlights*

We are committed to effective corporate governance and the regular review of our corporate governance practices to continue building on our success and long-term shareholder value.

**Director Election**

- All directors are elected annually for a one-year term
- We have a majority votes standard for uncontested elections of directors

**Board Independence**

- All of our director nominees, other than our President and Chief Executive Officer, are independent under Nasdaq listing standards
- All directors serving on our four Board committees in 2022 were independent directors

**Standing Board Committees**

- Audit and Finance Committee (met 8 times in 2022)
- Compensation and Talent Development Committee (met 6 times in 2022)
- Nominating, Governance and Sustainability Committee (met 4 times in 2022)
- Compliance and Ethics Committee (met 6 times in 2022)

**Practices and Policies**

- Experienced, multi-dimensionally diverse Board with extensive business expertise in life sciences, finance, international business, and operational matters
- Commitment to frequent Board refreshment, with an average tenure of 2.8 years for the director nominees standing for election at the Annual Meeting, and with four new directors having joined the Board in 2023 as a result of the merger with SeaSpine
- Independent directors met in executive session at every regularly scheduled quarterly Board meeting in 2022
- 97% average attendance by directors at Board and committee meetings in 2022
- Separation of the Chair of the Board and CEO positions in 2022
- Active Board and committee oversight in the area of enterprise risk management, cybersecurity, and environmental, social, and governance ("ESG") matters, inclusive of climate-related matters, with direct oversight of enterprise risk management and cybersecurity matters provided by the Audit and Finance Committee and direct oversight of ESG-related matters provided by the Nominating, Governance, and Sustainability Committee
- Compliance and Ethics Committee oversees and monitors a comprehensive, company-wide compliance and ethics program that is led by a Chief Ethics and Compliance Officer
- Corporate codes of conduct enforced at all levels of the Company and its subsidiaries

- Commitment to attracting, retaining, and promoting a diverse workforce through programs such as the *Moving 4Ward* Diversity, Equity & Inclusion Program, the Orthofix Women's Network ("OWN"), and the Orthofix Young Professionals Group

- Commitment to healthy company culture that strives to directly impact communities around the world through meaningful partnerships, employee volunteer programs, and charitable contributions

- Ongoing commitment of resources to keep pace with evolving data privacy and cybersecurity industry practices and regulatory standards

- Commitment to sustainable practices in our operations, manufacturing, and supply chain through the use of sustainable energy, waste reduction, and waste and equipment recycling

- Annual Board and Board committee self-assessments, including individual board member performance evaluations

- Our Board regularly reviews Board and executive succession planning

- We have robust stock ownership guidelines for our executive officers and directors (including 3x salary for CEO)

- Bylaws provide for majority (not plurality) voting in the election of directors in uncontested elections

- Structured director education and onboarding program

- Shareholders owning at least 25% of our outstanding common stock may call a special meeting of shareholders

- No shareholder rights plan (commonly referred to as a "poison pill") or blank check preferred stock

- We have a single class of shares with equal voting rights; all shares have equal voting rights (no super voting share class)

- No supermajority voting requirements to approve mergers or other business combination transactions

- No political or PAC contributions by the Company

## Cybersecurity Risk Management

The Audit and Finance Committee regularly reviews the Company's cybersecurity, including IT risks, controls, procedures, and plans to mitigate cybersecurity risks and respond to data breaches. The Audit and Finance Committee periodically receives reports at its regularly scheduled meetings from the Chief Information Officer and the IT Vice President of IT Security and Controls on, among other things, the Company's cyber risks and threats, the status of projects and management's strategies to strengthen the Company's IT systems, assessments of the Company's security program and third-party assessments and testing, emerging threat landscape, and the review of the Company's cybersecurity insurance policy. Due to the importance of this topic, the Board also receives periodic updates on cybersecurity matters. In 2021, the Company was audited by a third-party cybersecurity firm using the National Institute of Standards and Technology (NIST) standard and in 2022 implemented certain recommendations resulting from the audit. The Company also requires that cybersecurity training is part of the onboarding process for new hires and that all employees participate in annual cybersecurity training.

## Corporate Code of Conduct

We maintain codes of conduct (our "Codes of Conduct") for each of our legacy Orthofix and SeaSpine businesses that are applicable to all employees worldwide of the respective business. The Code of Conduct for the legacy Orthofix business, to which all of our directors and executive officers are subject, is available for review under the "Investors > Governance > Governance Documents" section of our website at www.orthofix.com.

The goals of our Codes of Conduct, as well as our general corporate compliance and ethics program (which we have branded the Integrity Advantage™ Program), are to deter wrongdoing and to promote (i) honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships, (ii) full, fair, accurate, timely, and understandable disclosure in reports and documents that we file with, or submit to, the SEC and in other public communications made by us, (iii) compliance with applicable governmental laws, rules, and regulations, (iv) the prompt internal reporting of violations of our Codes of Conduct to appropriate persons identified therein, and (v) accountability for adherence to our Codes of Conduct. Our Codes of Conduct apply to all areas of professional conduct, including customer relationships, conflicts of interest, financial reporting, use of company assets, insider trading, intellectual property, confidential information, and workplace conduct. Under our Codes of Conduct, employees, directors, and executive officers are responsible for promptly reporting potential violations of any law, regulation, or our Codes of Conduct to appropriate personnel or via a hotline we have established.

We intend to disclose any substantive amendment to, or a waiver from, a provision of the Code of Conduct for the legacy Orthofix business that applies to our principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions and that relates to any element of the code of ethics definition enumerated in paragraph (b) of Item 406 of Regulation S-K by posting such information on our website at the address specified above.

## Hedging and Pledging Policies

Under the Company's Corporate Governance Guidelines, all directors, executives, and employees are prohibited from engaging in hedging transactions involving the Company's common stock, including through the use of financial instruments, such as prepaid variable forwards, equity swaps, collars, and exchange funds. In addition, all such persons are prohibited from holding the Company's common stock in a margin account or otherwise pledging such shares as collateral for a loan.

## Shareholder Communication with the Board

To facilitate the ability of shareholders to communicate with the Board, we have established an electronic mailing address and a physical mailing address to which communications may be sent: boardofdirectors@orthofix.com, The Board of Directors, c/o Chair of the Board, Orthofix Medical Inc., 3451 Plano Parkway, Lewisville, TX 75056.

The Chair of the Board and/or Lead Independent Director reviews all correspondence addressed to the Board and presents to the Board a summary of all such correspondence and forwards to the Board or individual directors, as the case may be, copies of all correspondence that, in the opinion of the Chair of the Board and/or Lead Independent Director, deals with the functions of the Board or committees thereof or that he otherwise determines requires their attention. Examples of communications that would be logged, but not automatically forwarded, include solicitations for products and services or items of a personal nature not relevant to us or our shareholders. Directors may at any time review the log of all correspondence received by Orthofix that is addressed to members of the Board and request copies of any such correspondence.

## Nomination of Directors

As provided in its charter, the Nominating, Governance and Sustainability Committee identifies and recommends nominees for election to the Board and will consider nominations submitted by shareholders. The Nominating, Governance and Sustainability Committee Charter is available for review on our website at www.orthofix.com.

The Nominating, Governance and Sustainability Committee seeks to create a Board that is strong in its collective diversity of skills and experience with respect to finance, research and development, commercialization, sales, distribution, leadership, technologies, and life science industry knowledge. The Nominating, Governance and Sustainability Committee reviews with the Board, on an annual basis, the current composition of the Board in light of the characteristics of independence, skills, experience, and availability of service to Orthofix of its members and of anticipated needs. If necessary, we will retain a third party to assist us in identifying or evaluating any potential nominees for director. When the Nominating, Governance and Sustainability Committee reviews a potential new candidate, it looks specifically at the candidate's qualifications in light of the needs of the Board at that time given the then current mix of director attributes.

As provided for in our Corporate Governance Guidelines, in nominating director candidates, the Nominating, Governance and Sustainability Committee strives to nominate directors that exhibit high standards of ethics, integrity, commitment, and accountability. In addition, our Corporate Governance Guidelines state that all nominations should attempt to ensure that the Board shall encompass a range of talent, skills, and expertise sufficient to provide sound guidance with respect to our operations and activities. Other than as set forth in the Corporate Governance Guidelines with respect to the Board's objective in seeking directors with a range of talent, skills and expertise, the Board and the Nominating, Governance and Sustainability Committee do not have a formal policy with respect to the diversity of directors, but seek to ensure composition of the Board meets or exceeds diversity guidelines issued by regulatory agencies and considers the policies and input of institutional investors.

Under our Corporate Governance Guidelines, directors must inform the Chair of the Board and the Chair of the Nominating, Governance and Sustainability Committee in advance of accepting an invitation to serve on another company's board of directors. In addition, no director may sit on the board of directors of, or beneficially own a significant financial interest in, any business that is a material competitor of Orthofix. The Nominating, Governance and Sustainability Committee reviews any applicable facts and circumstances relating to any such potential conflict of interest and determines in its reasonable discretion whether a conflict exists.

16

To recommend a director nominee, a shareholder may send a notice addressed to The Board of Directors, Chair of the Nominating, Governance and Sustainability Committee of Orthofix Medical Inc., 3451 Plano Parkway, Lewisville, TX 75056. This notice must be received in a timely manner in accordance with the requirements of our Bylaws and must include certain information regarding the candidate, a statement of the qualifications of the candidate, taking into account the qualification requirements set forth above, and the candidate's signed consent to be named in the proxy statement and to serve as a director if elected. See the section titled, "Information About Shareholder Proposals," below, for additional information. Once we receive the recommendation, the Nominating, Governance and Sustainability Committee will determine whether to contact the candidate to request that he or she provide us with additional information about the candidate's independence, qualifications and other information that would assist the Nominating, Governance and Sustainability Committee in evaluating the candidate, as well as certain information that must be disclosed about the candidate in our proxy statement, if nominated. Candidates must respond to our inquiries within the time frame provided in order to be considered for nomination by the Nominating, Governance and Sustainability Committee.

The Nominating, Governance and Sustainability Committee has not received any nominations for director from shareholders for the Annual Meeting.

# CORPORATE RESPONSIBILITY

Since 1980, Orthofix has evolved and grown to become a leading medical device company focused on spine and orthopedics solutions. Our mission is to deliver innovative, quality-driven solutions while partnering with health care professionals to improve patient mobility. In this pursuit, we approach issues surrounding sustainability with a mindset that is focused on providing superior solutions to physicians worldwide to improve patient mobility.

Throughout 2022, we enhanced our ESG strategy to align with the broader transformation of our business. Our executive leadership team and Board continues to recognize the importance of embedding environmental and social priorities within our business operations and approved an enhanced and modernized ESG strategy intended to drive additional progress on initiatives that promote sustainability. The Nominating, Governance, and Sustainability Committee of the Board provides direct oversight of our practices and reporting with respect to sustainability matters, with our senior leadership team and ESG Working Group tasked with driving results in these areas. Our ESG Working Group is responsible for leading our ESG strategy and monitoring our corporate responsibility initiatives. This group includes cross-functional subject matters experts from across the Company.  Against this backdrop, we have engaged with our internal and external stakeholders on ESG topics to help further inform our future direction, priorities, and strategy.

In the spring of 2022, we completed our first assessment of ESG priorities, which included examination of a range of key stakeholders, including investors, customers, employees, and ESG rating organizations and by studying industry peers. Our analysis of ESG topics included alignment to the Sustainability Accounting Standards Board ("SASB"). We also drew upon the subject matter expertise of colleagues throughout our organization to collect and organize content. In the summer of 2022, Orthofix released its inaugural SASB Fact Sheet, which detailed our progress against the SASB framework and the five tenets of our ESG strategy, which are: (1) Our People (2) Community Involvement, (3) Environmental Responsibility, (4) Governance, and (5) Safety and Quality. Orthofix also began monitoring greenhouse gas ("GHG") emissions and tracking energy usage in 2022.  Thus, we have continued to expand our program, and in summer 2023, we plan to publish an updated SASB Fact Sheet that is expected to include GHG emission data, energy consumption, and additional metrics.



**Our People:** We demonstrate our commitment to providing equal and equitable opportunities to all employees through training, mentoring, education, and an inclusive culture. We engage our employees in a number of ways, including our Moving 4ward Program, which was created to improve diversity, equity and inclusion, and through the Orthofix Women's Network, which strives to support the women of Orthofix around the globe in the areas of development, mentoring and engagement. Throughout the year, we promote a variety of diverse voices to our employees by recognizing events such as Black History Month, Martin Luther King Jr. Day, Women's History Month, Asian Pacific American Heritage Month, LGBTQ Pride Month, Juneteenth, and Hispanic Heritage Month. We seek to embrace and encourage our employees' differences and know that diversity, equity and inclusion help build a truly global, transformative business and will continue to be a source of our strength. Building on this belief, we launched a new companywide, training titled, "Hiring, Leading and Fostering Diverse and Inclusive Teams". We intend

18

==that by end of 2023, all hiring managers, leaders, and interviewers will have completed this training.==

This belief extends to our Board, with a female Lead Independent Director, and our executive leadership team. In 2022, we had a 3% increase in women hired at the director level or above and a 5% increase in diversity hires. In 2022, we successfully completed our second annual summer internship program with 80% of participating interns meeting a diversity criteria. Additionally, in 2022 we matched interns hired from our 2021 program to employee mentors, continued our 2021 Leadership Excellence and Acceleration Program ("LEAP") inaugural cohort, and prepared for a second cohort to launch in 2023, which will include a minimum of 25% minority participation.

We have transformed and modernized our culture and talent management by implementing human capital management reporting and practices to enable leaders to better hire talent and manage teams. These practices include standards for setting goals, performance evaluations, succession planning, and learning and development. We provide a comprehensive and competitive benefits package that supports the physical and mental well-being of our workforce, including a focus on financial wellness. Common benefits offered to our associates include medical, dental, vision, life and disability coverage, an employee assistance program, parental leave, a stock purchase plan, and flexible paid time off. We also provide competitive retirement benefits, including a 401(k)-match program.



**Community Involvement:** We support a variety of charitable organizations through donations, fundraising efforts, educational partnerships with colleges and universities, and local community development. Over the years, we have raised funds and awareness for veteran support groups, food and homebuilding organizations, and health-related institutions. In 2022, we added a corporate objective to our annual incentive program to encourage community volunteerism. Under this program, our employees contributed 1,988 hours to community outreach programs, which exceeded our communicated goal.

We proudly supported Texas Scottish Rite Hospital for Children, Pedal for the Cause, which funds worldwide cancer research, relief efforts for Ukraine, Ronald McDonald House Charities of San Diego, Casa de Amparo, a San Diego-based non-profit with a mission to support those affected by and at risk of child abuse and neglect, blood drives, food pantries, and other charitable initiatives in the communities we live and work in around the

19

world. Orthofix also partners with Donate Life America, a U.S.-based nonprofit organization that promotes the importance of organ, eye, and tissue donation.



**Environmental Responsibility:** We are committed to transitioning to lower carbon operations. We have begun to explore a decrease in our carbon footprint for the manufacturing and supply of our surgical instruments via single-use sterile packed instruments, and in 2020 launched a partnership with Neo Medical to distribute single-use sterile packed instrumentation for certain spine surgeries, and to develop single-use solutions for other procedures. These single-use sterile packed instruments eliminate high carbon cost of repeated shipping and sterilization, reducing our carbon footprint and improving the spinal surgery ecosystem with value-based care and sustainable technology solutions.

In July 2022, we announced the limited market release and first patient implant of the Virtuos Lyograft, a first-of-its-kind, shelf-stable and complete autograft substitute for spine and orthopedic procedures. Virtuos is provided in a room-temperature, ready-to-use, moldable form offers significant logistical and cost-savings advantages to the hospital with improved shipping, storage and operating room efficiency. The room temperature shipment and storage of Virtuos eliminates the use of large quantities of dry ice, Styrofoam shippers and freezer storage, enabling flexible shipping options and reduced packaging, with the aim of a reduced carbon footprint.

In February 2021, we launched a free recycling program for our patients using Bone Growth Stimulators in order to reduce the number of devices that end up in landfills after use, the first program of its kind for bone growth therapy devices. To date, we have sent shipping labels to over 8,000 patients to facilitate recycling of these devices.

We also embed the principles of advancing a circular economy into our ESG practices globally through our in-office recycling program, including recycle/reuse and a commitment to eliminate Styrofoam. Our facilities have energy efficient HVAC systems, 100 percent sustainable energy in certain locations, and our California offices also include electric vehicle charging stations to promote environmentally-friendly behaviors among employees. Further, we expect our suppliers to support our efforts in improving the environment and animal welfare. Our 2022 ESG Report also highlights the key initiatives we have underway and provides

20

baseline data for important environmental measures such as GHG emissions.



**Governance:** It is our fundamental policy to conduct business in accordance with the highest ethical and legal standards. We have a comprehensive compliance and ethics program to promote lawful and ethical business practices throughout our domestic and international businesses and offer compliance training to all of our employees. Similarly, we require that our suppliers adopt sound human rights practices designed to treat workers fairly and with dignity and respect. We responsibly manage and influence the impacts of our distributors through our robust compliance and governance training.

We implement robust risk management programs to ensure compliance with applicable laws and regulations governing ethical business practices, including our relationships with suppliers, customers and business partners, and our industry. Our IT team uses a combination of industry-leading tools and innovative technologies to help protect our stakeholder's data. Our people are responsible for complying with our data security standards and complete mandatory annual training to understand the behaviors and technical requirements necessary to keep data secure.



**Safety and Quality:** The safety of our patients is of utmost importance. Our commitment and focus on product safety is evidenced with investments across the organization in quality systems and medical device regulation compliance. This topic is also the foundation of our Quality Driven policy, which is to improve patients' lives through high-quality products, procedures, and services. We are committed to executing an effective quality management system that meets or exceeds global requirements. This focus has resulted in zero product recalls issued in 2022.

To further promote this effort, we introduced an ESG metric beginning in 2022 that ties a portion of the 2022 annual bonus plan to achieving predetermined safety and quality objectives. These ESG performance goals were introduced to continue holding our team to our commitment that stakeholders must be considered in our actions every day.

Promoting and protecting the safety of our workforce is also a top priority. Health and safety matters are responsibilities that we share throughout our organization. During the last few years, we evolved in these areas to meet the needs of our workforce during the COVID-19 pandemic. Employees' safety risks vary depending on the roles they perform, and we seek to tailor our safety efforts

21

accordingly. We periodically measure the sentiment of our employees through an employee engagement survey and share the results and applicable action items identified from the survey with our employees.

Orthofix's website contains information on our environmental and social policies and programs, including the following:



**Conflict Minerals Report:** We maintain a Conflict Minerals Report to ensure high standards of corporate responsibility, and we take seriously the ending of the violence and human rights violations currently taking place in the Democratic Republic of the Congo and surrounding countries.



**Environmental, Health and Safety:** We maintain an environmental, health and safety policy, communicated within our Corporate Code of Conduct, that seeks to promote the operation of our business in a manner that is environmentally responsible and protective of the health and safety of both our employees and the public. As a result of these policies, the Company reported zero work related injuries in the U.S. in 2022, which is lower than the industry average reported by the Occupational Safety and Health Administration.



**Codes of Conduct:** We maintain corporate codes of conduct that are applicable to all our directors, officers, and employees. The codes of conduct set forth our policies and expectations on several topics, including conflicts of interest, compliance with laws, human rights, use of our assets, business conduct and fair dealing. All employees and directors participate in annual training on our corporate codes of conduct and related Company policies.



**Supplier Quality Manual:** We maintain a Supplier Quality Manual that communicates our expectations to all new and existing suppliers to ensure the delivery of high-quality products to our customers. The Supplier Quality Manual sets forth our policies and expectations of suppliers on several topics, including ethics, compliance with laws and regulations, human rights, labor and employment, health and safety, environmental responsibility, business conduct and fair dealing.



**Sustainability:** We maintain comprehensive policies that guide our approach to environmental and social risk management within our Corporate Code of Conduct. Areas of focus include our corporate compliance with responsible hazardous waste protocols, recycling, emergency preparedness, and programs to enhance and promote environmental stewardship.

## Engagement with Shareholders

We routinely engage with our shareholders to better understand their views, carefully considering the feedback we receive and acting when appropriate. We also review the results of the annual advisory vote on executive compensation in making determinations about the structure of our executive compensation program and whether changes to the program should be considered.



22