**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| *In re Orthofix Medical, Inc. Securities Litigation* | Master File No. 2:24-cv-00690 |
|  | CLASS ACTION |
|  | **ECF CASE** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE**
**AN OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Lead Plaintiff SEPTA and additional named Plaintiff Mark Bonta ("Plaintiffs") respectfully request leave under Local Rule CV-7(k) to file an omnibus response to Orthofix, SeaSpine, and Certain Individual Defendants' Motion to Dismiss the First Amended Consolidated Complaint (ECF No. 50) and Defendants Bostjancic, Keran and Valentine's Motion to Dismiss the First Amended Consolidated Complaint (ECF No. 51) (collectively, the "Motions to Dismiss"), both of which were filed on May 19, 2025. Pursuant to Local Rule CV-7(a)(1), Plaintiffs may file a 30-page response brief to each Motion to Dismiss. In order to streamline their response to the two Motions to Dismiss and present their position more efficiently to the Court, Plaintiffs respectfully request leave to file a single 45-page response brief in lieu of two 30-page briefs. Defendants' do not oppose this motion, which is made for good cause. A proposed order is attached.

Dated: June 18, 2025

Respectfully submitted,

By: */s/ Edwin S. Gault, Jr.*
**FORMAN WATKINS & KRUTZ LLP**
Edwin S. Gault, Jr. (TX No. 24049863)
K. B. Battaglini (TX No. 01918060)
C. Mitch McGuffey (admitted *pro hac vice*)
4900 Woodway Drive, Suite 940
Houston, TX 77056-1800
Tel: (713) 402-1717
Fax: (713) 621-6746
win.gault@formanwatkins.com
kb.battaglini@formanwatkins.com
mitch.mcguffey@formanwatkins.com

*Local Counsel for Lead Plaintiff SEPTA and the Class*

**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
Steven J. Toll (admitted *pro hac vice*)
Jan Messerschmidt (admitted *pro hac vice*)
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
jmesserschmidt@cohenmilstein.com

Christina D. Saler (admitted *pro hac vice*)
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707
Fax: (267) 479-5701
csaler@cohenmilstein.com

Alexandra Gray (admitted *pro hac vice*)
88 Pine St., 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
agray@cohenmilstein.com

*Attorneys for Lead Plaintiff SEPTA and Lead*

2

*Counsel for the Class*

**GIRARD SHARP LLP**
Adam E. Polk (admitted *pro hac vice*)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
apolk@girardsharp.com

**THE HALL FIRM, LTD**
David W. Hall (*pro hac vice forthcoming*)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
dhall@hallfirmltd.com

*Attorneys for Mark Bonta*

## CERTIFICATE OF SERVICE

I, Edwin S. Gault, Jr., hereby certify that on June 18, 2025, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr.

## CERTIFICATE OF CONFERENCE

Undersigned counsel for Plaintiffs has complied with the meet and confer requirement in Local Rule CV-7(h). As stated above, Defendants do not oppose this motion.

*/s/ Edwin S. Gault, Jr.*
Edwin S. Gault, Jr.

4