**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| *In re Orthofix Medical, Inc. Securities Litigation* | Master File No. 2:24-cv-00690<br><br>CLASS ACTION<br><br>**ECF CASE** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

Having considered the Plaintiffs' Unopposed Motion for Leave to File an Omnibus Response to Defendants' Motions to Dismiss and good cause appearing therefor, the Court finds that it should be **GRANTED**. It is therefore **ORDERED** that Plaintiffs may file a 45-page omnibus response in lieu of two separate 30-page response briefs. Plaintiffs' Omnibus Response in Opposition to Defendants' Motions to Dismiss the First Amended Consolidated Complaint, ECF No. [58], is deemed properly filed.

IT IS SO ORDERED AND SIGNED this _____ day of _____, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE