**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| *In re Orthofix Medical, Inc. Securities Litigation* | Master File No. 2:24-cv-00690<br><br>CLASS ACTION |

**DECLARATION OF JAN E. MESSERSCHMIDT IN SUPPORT OF PLAINTIFFS'**
**OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**
**THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Jan E. Messerschmidt, declare as follows:

1.      I am a lawyer admitted to practice before this court *pro hac vice* and am a partner of the law firm Cohen Milstein Sellers & Toll PLLC, attorneys for Lead Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA") and the Class in the above-captioned action.

2.      I submit this declaration in support of Plaintiffs' Omnibus Response in Opposition to Defendants' Motions to Dismiss the Consolidated Amended Class Action Complaint.

3.      True and correct copies (excerpted where indicated) of the following documents are attached as exhibits:

Exhibit A:      Chart of Plaintiffs' alleged misstatements;

Exhibit B:      Orthofix's Report on Form 8-K regarding "Entry into a Material Definitive Agreement," filed with the SEC on October 11, 2022 (excerpts);

Exhibit C:       Orthofix's Registration Statement on Form S-4, filed with the SEC on November 8, 2022 (excerpts);

Exhibit D:       Orthofix's Amended Registration Statement on Form S-4/A, filed with the SEC on November 22, 2022 (excerpts);

Exhibit E:       Orthofix and SeaSpine's Joint Proxy Statement, filed with the SEC on November 23, 2022 (excerpts);

Exhibit F:       Change in Control and Severance Agreements dated June 19, 2023, between Orthofix and each of Keith C. Valentine, John F. Bostjancic, and Patrick L. Keran (excerpts), attached as Exhibits 10.1, 10.2, and 10.5, respectively, to Orthofix's Current Report on Form 8-K, filed with the SEC on June 21, 2023;

Exhibit G:       Termination Notices of Keith C. Valentine, John F. Bostjancic, and Patrick L. Keran, attached as Exhibits E, F, and G, respectively, to the complaint in the matter *Valentine v. Burzik, et al.*, Case No. 24CL010340C, filed on September 10, 2024, in the Superior Court of California, San Diego Division; and

Exhibit H:       Defendants' Special Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16, filed on January 24, 2025, in the matter *Valentine v. Burzik, et al.*, Case No. 24CL010340C, in the Superior Court of California, San Diego Division.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June, 2025.                    Respectfully submitted,


                                                        /s/ *Jan E. Messerschmidt*
                                                        Jan E. Messerschmidt


        .

2