# EXHIBIT A

# I. EXCHANGE ACT: PLAINTIFFS' ALLEGED MISSTATEMENTS

## A. EXCHANGE ACT: SEASPINE MERGER REPRESENTATIONS[1]

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| SeaSpine Compliance Statement<br><br>(Defs.' "Type 2")[2] | *SeaSpine is in compliance in all material respects with all Laws relating to the employment of labor, including all such Laws relating to wages, hours, civil and/or human rights, harassment, discrimination and/or retaliation in employment,* reasonable accommodation, unfair competition, affirmative action, *pay equity, employment equity,* workers' compensation, safety and health, worker classification (including employee-independent contractor classification and the proper classification of employees as exempt employees and non-exempt employees), the Worker Adjustment and Retraining Notification Act ("<u>WARN</u>") and any similar foreign, state, provincial or local "mass layoff" or "plant closing" Law. | October 11, 2022 Form 8-K (¶ 254(a)) | 1. SeaSpine<br>2. Valentine (¶ 255(a)) |
| | | November 8, 2022 Form S-4 (¶ 256(b)) | Same as above (¶ 257(b)) |
| | | November 22, 2022 Form S-4/A (¶ 262(a)) | Same as above (¶ 263(a)) |
| | | November 23, 2022 Joint Proxy Statement/ Prospectus (¶ 264(a)) | Same as above (¶ 265(a)) |

---

[1] The SeaSpine Merger Representations appeared in copies of the Merger Agreement, which was incorporated into Orthofix's October 11, 2022 Form 8-K, Orthofix's November 8, 2022 Form S-4, Orthofix's November 22, 2022 Form S-4/A, and the November 23, 2022 Joint Proxy Statement/Prospectus. Defendant Valentine signed the Merger Agreement on behalf of SeaSpine. *See* Ex. B (October 11, 2022 Form 8-K); Ex. C (November 8, 2022 Form S-4); Ex. D (November 22, 2022 Form S-4/A); Ex. E (November 23, 2022 Joint Proxy Statement/Prospectus).

[2] "Defs.' Type __" refers to Defendants' nomenclature for Plaintiffs' alleged misstatements as laid out in OFIX Ex. 1, ECF No. 50-2.

1

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| SeaSpine Misconduct Statement

(Defs.' "Type 2") | *No allegation, complaint, charge or claim (formal or otherwise) of sexual or racial harassment, sexual assault, sexual or racial misconduct, sex/gender or racial discrimination or similar behavior (a "<u>Misconduct Allegation</u>") has been made at any time within the past four (4) years against any Person who is or was an officer, director, manager or supervisory-level employee of SeaSpine in such person's capacity as such or, to the knowledge of SeaSpine, in any other capacity, nor are any Misconduct Allegations pending or, to the knowledge of SeaSpine, threatened, nor is there any reasonable basis for such a Misconduct Allegation.* | October 11, 2022 Form 8-K (¶ 254(b)) | 1. SeaSpine 2. Valentine (¶ 255(b)) |
| | | November 8, 2022 Form S-4 (¶ 256(c)) | Same as above (¶ 257(c)) |
| | | November 22, 2022 Form S-4/A (¶ 262(b)) | Same as above (¶ 263(b)) |
| | | November 23, 2022 Joint Proxy Statement/Prospectus (¶ 264(b)) | Same as above (¶ 265(b)) |
| SeaSpine Settlements Statement

(Defs.' "Type 2") | *Within the past four (4) years, SeaSpine has not entered into any settlement agreement, tolling agreement, non-disparagement agreement, confidentiality agreement or non-disclosure agreement, or any Contract or provision similar to any of the foregoing relating directly or indirectly to any Misconduct Allegation against SeaSpine or any person who is or was an officer, director, manage; employee or independent contractor of SeaSpine.* | October 11, 2022 Form 8-K (¶ 254(c)) | Same as above (¶ 255(c)) |
| | | November 8, 2022 Form S-4 (¶ 256(d)) | Same as above (¶ 257(d)) |
| | | November 22, 2022 Form S-4/A (¶ 262(c)) | Same as above (¶ 263(c)) |
| | | November 23, 2022 Joint Proxy Statement/Prospectus (¶ 264(c)) | Same as above (¶ 265(c)) |

## B.  EXCHANGE ACT: PRE-MERGER STATEMENTS

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Integrity Statement<br><br>(Defs.' "Type 1") | In recommending that Orthofix stockholders vote their shares of Orthofix common stock in favor of the Orthofix share issuance, the Orthofix Board considered a number of factors, including the following (not necessarily listed in order of relative importance): . . . *The complementary cultures of Orthofix and SeaSpine, including a strong performance-based culture focused on integrity, collaboration, innovation, diversity and corporate social responsibility.* | November 8, 2022 Form S-4 (¶ 256(a)) | 1.  Orthofix<br>2.  Legacy Orthofix Officer and Director Defendants<br>   a.  Burris<br>   b.  Burzik<br>   c.  Elting<br>   d.  Hannon<br>   e.  Hinrichs<br>   f.  Marks<br>   g.  Rice<br>   h.  Serbousek<br>   i.  Paolucci<br>   j.  Sicard<br>   k.  West<br>(¶ 257(a))[3] |
| | | November 22, 2022 Form S-4/A (¶ 262(d)) | Same as above (¶ 263(d))[4] |

---

[3] The November 8, 2022 Form S-4 was signed by the Legacy Orthofix Officer and Director Defendants. *See* Ex. C (November 8, 2022 Form S-4).

[4] The November 22, 2022 Form S-4/A was signed by the Legacy Orthofix Officer and Director Defendants. *See* Ex. D (November 22, 2022 Form S-4/A).

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| ELT Selection Statement<br><br>(Defs.' "Type 3") | *ELT candidates were selected based not only on their individual merit but also with consideration for the overall composition of the executive team.* It was critical to appoint leaders from both legacy organizations to bring forth the best of both worlds. [...] Looking ahead, there are numerous details to be worked out as part of the integration planning. We know you are eager to know who will be a part of the next level of leadership but there is still much work to be done to align our organizations as we harmonize our processes and systems. Leadership teams are continuing to work together to shape the organization to determine what is best to drive the combined company's success and ensure we are competitive. This work is ongoing and we will keep you informed as the integration progresses. For now, please focus on the great work you do and help us finish the year strong. We would like to close by saying that we are both very excited about our bright future ahead. Our new Executive Leadership Team brings the experience and strategic vision to drive our business to new heights.<br><br>Each of our leaders has shared their enthusiasm for what lies ahead, and we are confident our combined businesses will be Stronger Together! | November 18, 2022 Form 425 (¶ 258(a)) | 1. Orthofix<br>2. Serbousek<br>3. SeaSpine<br>4. Valentine<br>(¶ 259(a)) [5] |

[5] The November 18, 2022 Form 425 was filed by Orthofix on behalf of itself and SeaSpine and was signed by Defendants Serbousek and Valentine. *See* OFIX Ex. 5 (November 18, 2022 Form 425), ECF No. 50-6.

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Bostjancic Statement <br><br> (Defs.' "Type 4") | "John has been a key leader of SeaSpine dating back to the successful spin-out of the organization in 2015. *I am confident his background and experience in the medical device industry coupled with his cultural influence will benefit the newly combined company as we continue to grow,*" said Keith Valentine, President and CEO of SeaSpine. "I believe *John is well positioned to help lead us through the successful integration of the two companies, ensuring accountability across all levels of the organization, as we focus on the key initiatives that will drive growth, scalability and shareholder value.*" | November 18, 2022 Press Release (¶ 260(a)) | 1. Orthofix <br> 2. SeaSpine <br> 3. Valentine <br> (¶ 261(a))[6] |

---

[6] The November 18, 2022 Press Release was jointly issued by Orthofix and SeaSpine and directly quoted Defendant Valentine. *See* OFIX Ex. 6 (November 18, 2022 Press Release), ECF No. 50-7.

## C.  EXCHANGE ACT: POST-MERGER STATEMENTS

*C.1 Compliance and Ethics Program Statements*

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Compliance and Ethics Program Statement 1 (Defs.' "Type 5") | *It is our fundamental policy to conduct business in accordance with the highest ethical and legal standards. We have a comprehensive compliance and ethics program*, which is overseen by a Chief Ethics and Compliance Officer, who reports directly to our Chief Executive Officer and the Compliance Committee of the Board of Directors. *The program is intended to promote lawful and ethical business practices throughout our domestic and international businesses. It is designed to prevent and detect violations of applicable federal, state, and local laws* in accordance with the standards set forth in guidance issued by the U.S. Department of Justice ("U.S. DOJ") ("Evaluation of Corporate Compliance Programs" (updated June 2020)), the Office of Inspector General (HCCA-OIG "Measuring Compliance Program Effectiveness: A Resource Guide" (March 2017)), and the U.S. Sentencing Commission ("Effective Compliance and Ethics Programs" (November 2014)). | March 6, 2023 Form 10-K (¶ 266(a)) | 1. Orthofix 2. Valentine 3. Bostjancic 4. Orthofix Post-Merger Director Defendants a. Burzik b. Essig c. Hannon d. Henneman e. Hinrichs f. Paolucci g. Serbousek h. Singh Maniar (¶ 267(a))[7] |

---

[7] The March 6, 2023 Form 10-K was signed by Defendant Valentine, Defendant Bostjancic, and the Orthofix Post-Merger Director Defendants. ¶ 210; *see* OFIX Ex. 9 (March 6, 2023 Form 10-K) at 86, ECF No. 50-10.

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Compliance and Ethics Program Statement 2 <br><br> (Defs.' "Type 6") | Governance: *It is our fundamental policy to conduct business in accordance with the highest ethical and legal standards. We have a comprehensive compliance and ethics program to promote lawful and ethical business practices throughout our domestic and international businesses* and offer compliance training to all of our employees. Similarly, we require that our suppliers adopt sound human rights practices designed to treat workers fairly and with dignity and respect. We responsibly manage and influence the impacts of our distributors through our robust compliance and governance training. *We implement robust risk management programs to ensure compliance with applicable laws and regulations governing ethical business practices, including our relationships with suppliers, customers and business partners, and our industry.* | April 27, 2023 Definitive Proxy Statement (¶ 268(d)) | 1. Orthofix <br> 2. Burzik <br> 3. Keran <br><br> (¶ 269(d))[8] |

---

[8] The April 27, 2023 Definitive Proxy Statement was signed by Defendants Burzik and Keran. *See* OFIX Ex. 10 (April 27, 2023 Definitive Proxy Statement), ECF No. 50-11.

## C.  EXCHANGE ACT: POST-MERGER STATEMENTS (CONT.)

### C.2 Workforce Management Statements

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Human Capital Statement<br><br>(Defs.' "Type 5") | *Our key human capital objectives in managing our business include attracting, developing, and retaining top talent while integrating diversity, equity, and inclusion principles and practices into our core values.* | March 6, 2023 Form 10-K<br>(¶ 266(b)) | 1.  Orthofix<br>2.  Valentine<br>3.  Bostjancic<br>4.  Orthofix Post-Merger Director Defendants<br>  a.  Burzik<br>  b.  Essig<br>  c.  Hannon<br>  d.  Henneman<br>  e.  Hinrichs<br>  f.  Paolucci<br>  g.  Serbousek<br>  h.  Singh<br>    Maniar<br>(¶ 267(b)) [9] |

---

[9] The March 6, 2023 Form 10-K was signed by Defendant Valentine, Defendant Bostjancic, and the Orthofix Post-Merger Director Defendants. *See supra* note 7.

8

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Talent Development Statement<br><br>(Defs.' "Type 5") | *We believe that success comes from investing in our people and ensuring our workforce is aligned with our mission and values.* To achieve this goal, we devote time and resources to assist our employees in being familiar with our business, industry, and product offerings. We have developed a robust onboarding program for our newly hired associates that provides a comprehensive overview of our product portfolio and company history. We put an emphasis on training our employees and sales representatives to understand our business, including the underlying medical conditions that our products treat. *In addition, we strive to support our teams in the areas of development, mentoring, engagement, and health and wellness, enabling them to do their best work as they grow their careers.* | March 6, 2023 Form 10-K<br>(¶ 266(c)) | 1. Orthofix<br>2. Valentine<br>3. Bostjancic<br>4. Orthofix Post-Merger Director Defendants<br>  a. Burzik<br>  b. Essig<br>  c. Hannon<br>  d. Henneman<br>  e. Hinrichs<br>  f. Paolucci<br>  g. Serbousek<br>  h. Singh Maniar<br>(¶ 267(c))[10] |

---

[10] *Id.*

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Equal Opportunity Statement 1<br><br>(Defs.' "Type 5") | *We are committed to fostering, cultivating, and preserving a culture that promotes diversity, equity, and inclusion. We seek to demonstrate our commitment to providing equal and equitable opportunities to all employees through programs* such as our Moving 4ward initiative, a program created to embrace the value of diversity and reflect the communities where we live and work. *Additionally, we proudly support the Orthofix Women's Network, a program that provides opportunities for women to learn from each other and grow within our company and our industry.* Throughout the year, we promote a variety of diverse voices to our employees by recognizing events such as Black History Month, Martin Luther King Jr. Day, Women's History Month, Asian Pacific American Heritage Month, LGBTQ Pride Month, Juneteenth, and Hispanic Heritage Month. *We seek to embrace and encourage our employees' differences and know that diversity, equity and inclusion help build a truly global, transformative business and will continue to be a source of our strength.* Building on this belief, we launched companywide, and incorporated into our new hire orientation, a training titled, "Hiring, Leading and Fostering Diverse and Inclusive Teams". We intend that by end of 2023, all hiring managers, leaders, and interviewers will have completed this training. | March 6, 2023 Form 10-K<br><br>(¶ 266(d)) | 1. Orthofix<br>2. Valentine<br>3. Bostjancic<br>4. Orthofix Post-Merger Director Defendants<br>  a. Burzik<br>  b. Essig<br>  c. Hannon<br>  d. Henneman<br>  e. Hinrichs<br>  f. Paolucci<br>  g. Serbousek<br>  h. Singh Maniar<br>(¶ 267(d))[11] |

---

[11] *Id.*

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Equal Opportunity Statement 2 (Defs.' "Type 6") | Our People: *We demonstrate our commitment to providing equal and equitable opportunities to all employees through training, mentoring, education, and an inclusive culture. We engage our employees in a number of ways, including our Moving 4ward Program, which was created to improve diversity, equity and inclusion, and through the Orthofix Women's Network, which strives to support the women of Orthofix around the globe in the areas of development, mentoring and engagement. Throughout the year, we promote a variety of diverse voices to our employees by* recognizing events such as Black History Month, Martin Luther King Jr. Day, Women's History Month, Asian Pacific American Heritage Month, LGBTQ Pride Month, Juneteenth, and Hispanic Heritage Month. *We seek to embrace and encourage our employees' differences and know that diversity, equity and inclusion help build a truly global, transformative business and will continue to be a source of our strength.* Building on this belief, we launched a new companywide, training titled, "Hiring, Leading and Fostering Diverse and Inclusive Teams". We intend that by end of 2023, all hiring managers, leaders, and interviewers will have completed this training. | April 27, 2023 Definitive Proxy Statement (¶ 268(c)) | 1. Orthofix 2. Burzik 3. Keran (¶ 269(c))[12] |

---

[12] The April 27, 2023 Definitive Proxy Statement was signed by Defendants Burzik and Keran. *See supra* note 8.

## C.  EXCHANGE ACT: POST-MERGER STATEMENTS (CONT.)

### C.3 Code of Conduct Statements

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Corporate Governance Highlights Statement<br><br>(Defs.' "Type 6") | Corporate Governance Highlights<br>* * *<br>• *Corporate codes of conduct enforced at all levels of the Company and its subsidiaries*<br>• *Commitment to attracting, retaining, and promoting a diverse workforce through programs such as the Moving 4Ward Diversity, Equity & Inclusion Program, the Orthofix Women's Network ("OWN"), and the Orthofix Young Professionals Group* | April 27, 2023 Definitive Proxy Statement (¶ 268(a)) | 1. Orthofix<br>2. Burzik<br>3. Keran<br>(¶ 269(a))[13] |

---

[13] *Id.*

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| Code of Conduct Statement 1<br><br>(Defs.' "Type 6") | *We maintain codes of conduct (our "Codes of Conduct") for each of our legacy Orthofix and SeaSpine businesses that are applicable to all employees worldwide of the respective business. The Code of Conduct for the legacy Orthofix business, to which all of our directors and executive officers are subject*, is available for review under the "Investors > Governance > Governance Documents" section of our website at www.orthofix.com. *The goals of our Codes of Conduct, as well as our general corporate compliance and ethics program (which we have branded the Integrity Advantage™ Program), are to deter wrongdoing and to promote (i) honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships, (ii) full, fair, accurate, timely, and understandable disclosure in reports and documents that we file with, or submit to, the SEC and in other public communications made by us, (iii) compliance with applicable governmental laws, rules, and regulations, (iv) the prompt internal reporting of violations of our Codes of Conduct to appropriate persons identified therein, and (v) accountability for adherence to our Codes of Conduct. Our Codes of Conduct apply to all areas of professional conduct, including* customer relationships, conflicts of interest, financial reporting, use of company assets, insider trading, intellectual property, confidential information, and *workplace conduct.* Under our Codes of Conduct, employees, directors, and executive officers are responsible for promptly reporting potential violations of any law, regulation, or our Codes of Conduct to appropriate personnel or via a hotline we have established. We intend to disclose any substantive amendment to, or a waiver from, a provision of the Code of Conduct for the legacy Orthofix business that applies to our | April 27, 2023 Definitive Proxy Statement (¶ 268(b)) | 1. Orthofix<br>2. Burzik<br>3. Keran<br><br>(¶ 269(b))[14] |

| Shorthand | Statement | Source | Maker(s) under Rule 10-b |
|---|---|---|---|
| | principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions and that relates to any element of the code of ethics definition enumerated in paragraph (b) of Item 406 of Regulation S-K by posting such information on our website at the address specified above. | | |
| Code of Conduct Statement 2<br><br>(Defs.' "Type 6") | *We maintain corporate codes of conduct that are applicable to all our directors, officers, and employees*. The codes of conduct set forth our policies and expectations on several topics, including conflicts of interest, compliance with laws, human rights, use of our assets, business conduct and fair dealing. All employees and directors participate in annual training on our corporate codes of conduct and related Company policies. | April 27, 2023 Definitive Proxy Statement (¶ 268(e)) | 1. Orthofix<br>2. Burzik<br>3. Keran<br>(¶ 269(e))[15] |

[14] *Id.*
[15] *Id.*

14

## II. SECURITIES ACT: ALLEGED MISSTATEMENTS IN THE OFFERING DOCUMENTS[16]

| Shorthand | Statement | Source |
|---|---|---|
| SeaSpine Compliance Statement<br><br>(Defs.' "Type 2") | *SeaSpine is in compliance in all material respects with all Laws relating to the employment of labor, including all such Laws relating to wages, hours, civil and/or human rights, harassment, discrimination and/or retaliation in employment*, reasonable accommodation, unfair competition, affirmative action, *pay equity, employment equity*, workers' compensation, safety and health, worker classification (including employee-independent contractor classification and the proper classification of employees as exempt employees and non-exempt employees), the Worker Adjustment and Retraining Notification Act ("<u>WARN</u>") and any similar foreign, state, provincial or local "mass layoff" or "plant closing" Law. | October 11, 2022 Form 8-K (¶ 342(a))<br><br>November 22, 2022 Form S-4/A (¶ 337(a))<br><br>November 23, 2022 Joint Proxy Statement/ Prospectus (¶ 339(a)) |

---

[16] The October 11, 2022 Form 8-K, which was incorporated by reference into the Registration Statement, ¶ 341, was published by Orthofix (and signed by Defendant Elting). *See* Ex. B (October 11, 2022 Form 8-K). The November 22, 2022 Form S-4/A Amended Registration Statement was signed by the Legacy Orthofix Officer and Director Defendants. *See supra* note 4. The November 23, 2022 Joint Proxy Statement/Prospectus was signed by Defendants Serbousek, Elting, Valentine, and Keran. *See* Ex. E (November 23, 2022 Joint Proxy Statement/Prospectus). The SeaSpine Merger Representations appeared in copies of the Merger Agreement, which was incorporated into Orthofix's October 11, 2022 Form 8-K, Orthofix's November 22, 2022 Form S-4/A, and the November 23, 2022 Joint Proxy Statement/ Prospectus. Defendant Valentine signed the Merger Agreement on behalf of SeaSpine. *See supra* note 1.

| Shorthand | Statement | Source |
|---|---|---|
| SeaSpine Misconduct Statement<br><br>(Defs.' "Type 2") | *No allegation, complaint, charge or claim (formal or otherwise) of sexual or racial harassment, sexual assault, sexual or racial misconduct, sex/gender or racial discrimination or similar behavior (a "<u>Misconduct Allegation</u>") has been made at any time within the past four (4) years against any Person who is or was an officer, director, manager or supervisory-level employee of SeaSpine in such person's capacity as such or, to the knowledge of SeaSpine, in any other capacity, nor are any Misconduct Allegations pending or, to the knowledge of SeaSpine, threatened, nor is there any reasonable basis for such a Misconduct Allegation.* | October 11, 2022 Form 8-K (¶ 342(b))<br><br>November 22, 2022 (¶ 337(b))<br><br>November 23, 2022 (¶ 339(b)) |
| SeaSpine Settlements Statement<br><br>(Defs.' "Type 2") | *Within the past four (4) years, SeaSpine has not entered into any settlement agreement, tolling agreement, non-disparagement agreement, confidentiality agreement or non-disclosure agreement, or any Contract or provision similar to any of the foregoing relating directly or indirectly to any Misconduct Allegation against SeaSpine or any person who is or was an officer, director, manage; employee or independent contractor of SeaSpine.* | October 11, 2022 Form 8-K (¶ 342(c))<br><br>November 22, 2022 Form S-4/A (¶ 337(c))<br><br>November 23, 2022 Joint Proxy Statement/Prospectus (¶ 339(c)) |
| Integrity Statement<br><br>(Defs.' "Type 1") | In recommending that Orthofix stockholders vote their shares of Orthofix common stock in favor of the Orthofix share issuance, the Orthofix Board considered a number of factors, including the following (not necessarily listed in order of relative importance): . . . *The complementary cultures of Orthofix and SeaSpine, including a strong performance-based culture focused on integrity, collaboration, innovation, diversity and corporate social responsibility.* | November 22, 2022 Form S-4/A (¶ 337(d)) |