EXHIBIT G

# Exhibit E

**ORTHOFIX®** | **SeaSpine**

**STRONGER TOGETHER**

September 11, 2023

Keith Valentine
1420 Crest Road
Del Mar, CA 92014

***By E-Mail Delivery***

Mr. Valentine,

I write on behalf of, and at the request of, the Board of Directors (the "Board") of Orthofix Medical Inc. (the "Company").

As you know, the independent directors on the Board have directed and overseen an independent investigation, conducted by the law firm of Latham & Watkins LLP, into certain Company-related matters. Today, the Board held a meeting at which these matters were discussed in detail. (As requested by the Chair of the Board, you recused yourself from attending the meeting.)

At the meeting, the Board reviewed with representatives of Latham & Watkins a variety of work-related conduct matters, including but not limited to highly offensive and inappropriate business-related text messages between you and certain other senior executives of the Company. Representatives of Latham & Watkins previously provided your counsel, Eric J. Beste and John E. Fitzsimmons at the law firm of Barnes & Thornburg LLP, examples of these highly offensive text messages that formed part of the Board's determinations with respect to these matters.

After review and deliberation based on the findings presented to it, the Board has determined that you have breached multiple duties, obligations and agreements held with the Company, including that you (A) engaged in acts of moral turpitude, (B) committed willful misconduct in connection with the performance of your duties, (C) caused material and demonstrable injury to the Company and its subsidiaries as a result of your commission of willful misconduct in connection with the performance of your duties, (D) committed willful and material violations of applicable Company policies and codes of conduct, and (E) engaged in breaches of fiduciary duty in connection with your employment with the Company and its subsidiaries (and in connection with your service as a director of the Company and SeaSpine Holdings Corporation).

Accordingly, at today's Board meeting, at which all eight independent directors were present, the Board determined and resolved (by unanimous vote of the eight independent directors present) to terminate your employment for "Cause" as defined in the Change in Control and Severance Agreement, dated as of June 19, 2023, between you and the Company (and that, to the extent applicable, "Cause" also exists pursuant to other applicable Company plans and

agreements), and to remove you as an officer of the Company (as well as an officer of Company subsidiaries).

Your termination for "Cause" is effective immediately, although your last day of employment, for the purposes of your final wages, shall be September 12, 2023.

On behalf of the Company's Board of Directors,

Catherine M. Burzik
Chair of the Board; Interim Chief Executive Officer

Cc:     Eric J. Beste, Barnes & Thornburg LLP
        John E. Fitzsimmons, Barnes & Thornburg LLP
        Amy Hargreaves, Latham & Watkins LLP
        Terra Reynolds, Latham & Watkins LLP

# Exhibit F

**ORTHOFIX**® | **SeaSpine**

## STRONGER TOGETHER

September 12, 2023

John Bostjancic
7294 Sitio Lima
Carlsbad, CA 92009

***By E-Mail Delivery***

Mr. Bostjancic,

Consistent with the discussions that occurred last night between representatives of Latham & Watkins LLP and your attorney, John E. Fitzsimmons at the law firm of Barnes & Thornburg LLP, I write on behalf of, and at the request of, the Board of Directors (the "Board") of Orthofix Medical Inc. (the "Company").

As you know, the independent directors on the Board have directed and overseen an independent investigation, conducted by Latham & Watkins, into certain Company-related matters. Yesterday, the Board held a meeting at which these matters were discussed in detail. (As requested by the Chair of the Board, Mr. Valentine recused himself from attending the meeting.)

At the meeting, the Board reviewed with representatives of Latham & Watkins a variety of work-related conduct matters, including but not limited to highly offensive and inappropriate business-related text messages between you and certain other senior executives of the Company. Representatives of Latham & Watkins previously provided your counsel, Eric J. Beste and Mr. Fitzsimmons at Barnes & Thornburg, examples of these highly offensive text messages that formed part of the Board's determinations with respect to these matters.

After review and deliberation based on the findings presented to it, the Board determined that you have breached multiple duties, obligations and agreements held with the Company, including that you (A) engaged in acts of moral turpitude, (B) committed willful misconduct in connection with the performance of your duties, (C) caused material and demonstrable injury to the Company and its subsidiaries as a result of your commission of willful misconduct in connection with the performance of your duties, (D) committed willful and material violations of applicable Company policies and codes of conduct, and (E) engaged in breaches of fiduciary duty in connection with your employment with the Company and its subsidiaries.

Accordingly, at yesterday's Board meeting, at which all eight independent directors were present, the Board determined and resolved (by unanimous vote of the eight independent directors present) to terminate your employment for "Cause" as defined in the Change in Control and Severance Agreement, dated as of June 19, 2023, between you and the Company (and that, to the extent applicable, "Cause" also exists pursuant to other applicable Company

**STRONGER TOGETHER**

plans), and to remove you as an officer of the Company (as well as an officer of Company subsidiaries).

Your termination for "Cause" is effective immediately.

On behalf of the Company's Board of Directors,

*Catherine M. Burzik*

Catherine M. Burzik
Chair of the Board; Interim Chief Executive Officer

Cc:    Eric J. Beste, Barnes & Thornburg LLP
       John E. Fitzsimmons, Barnes & Thornburg LLP
       Amy Hargreaves, Latham & Watkins LLP
       Terra Reynolds, Latham & Watkins LLP

# Exhibit G

**ORTHOFIX** | **SeaSpine**

## STRONGER TOGETHER

September 11, 2023

Patrick L. Keran
1011 San Dieguito Drive
Encinitas, CA 92024

***By E-Mail Delivery***

Mr. Keran,

I write on behalf of, and at the request of, the Board of Directors (the "Board") of Orthofix Medical Inc. (the "Company").

As you know, the independent directors on the Board have directed and overseen an independent investigation, conducted by the law firm of Latham & Watkins LLP, into certain Company-related matters. Today, the Board held a meeting at which these matters were discussed in detail. (As requested by the Chair of the Board, Mr. Valentine recused himself from attending the meeting.)

At the meeting, the Board reviewed with representatives of Latham & Watkins a variety of work-related conduct matters, including but not limited to highly offensive and inappropriate business-related text messages between you and certain other senior executives of the Company. Representatives of Latham & Watkins previously provided your counsel, Eric J. Beste and John E. Fitzsimmons at the law firm of Barnes & Thornburg LLP, examples of these highly offensive text messages that formed part of the Board's determinations with respect to these matters.

After review and deliberation based on the findings presented to it, the Board has determined that you have breached multiple duties, obligations and agreements held with the Company, including that you (A) engaged in acts of moral turpitude, (B) committed willful misconduct in connection with the performance of your duties, (C) caused material and demonstrable injury to the Company and its subsidiaries as a result of your commission of willful misconduct in connection with the performance of your duties, (D) committed willful and material violations of applicable Company policies and codes of conduct, and (E) engaged in breaches of fiduciary duty in connection with your employment with the Company and its subsidiaries.

Accordingly, at today's Board meeting, at which all eight independent directors were present, the Board determined and resolved (by unanimous vote of the eight independent directors present) to terminate your employment for "Cause" as defined in the Change in Control and Severance Agreement, dated as of June 19, 2023, between you and the Company (and that, to the extent applicable, "Cause" also exists pursuant to other applicable Company plans), and to remove you as an officer of the Company (as well as an officer of Company subsidiaries).

Your termination for "Cause" is effective immediately, although your last day of employment, for the purposes of your final wages, shall be September 12, 2023.

On behalf of the Company's Board of Directors,

Catherine M. Burzik
Chair of the Board; Interim Chief Executive Officer

Cc:     Eric J. Beste, Barnes & Thornburg LLP
        John E. Fitzsimmons, Barnes & Thornburg LLP
        Amy Hargreaves, Latham & Watkins LLP
        Terra Reynolds, Latham & Watkins LLP