**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | § §  CIVIL ACTION NO. 2:24-CV-00690-JRG § §  (Lead Case) § §  CIVIL ACTION NO. 2:24-CV-00979-JRG § §  (Member Case) § § |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File an Omnibus Response to Defendants' Motions to Dismiss (the "Motion") filed by Lead Plaintiff SEPTA and additional named Plaintiff Mark Bonta (collectively, "Plaintiffs"). (Dkt. No. 57.) In the Motion, Plaintiffs request leave to file an omnibus response to Orthofix, SeaSpine, and Certain Individual Defendants' Motion to Dismiss the First Amended Consolidated Complaint (Dkt. No. 50) and Defendants Bostjancic, Keran and Valentine's Motion to Dismiss the First Amended Consolidated Complaint (Dkt. No. 51) (collectively, the "Motions to Dismiss"). (Dkt. No. 57 at 1.) Plaintiffs seek to file a single 45-page response brief in lieu of two 30-page briefs. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiffs may file a 45-page omnibus response to the Motions to Dismiss in lieu of two separate 30-page response briefs.

## So Ordered this

**Jun 19, 2025**

_____

RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE