**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00690-JRG<br>(LEAD CASE)<br>CIVIL ACTION NO. 2:24-CV-00979-JRG<br>(Member Case) |

## <u>ORDER</u>

Before the Court is the Unopposed Motion to Withdraw as Attorney for Defendants and Requestion for Termination of Electronic Notices (the "Motion") filed by Defendants Orthofix Medical Inc., Seaspine Holdings Corp., Jon C. Serbousek, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, Kimberley A. Elting, Stuart Essig, John Henneman, III, and Shweta Singh Maniar (collectively, "Defendants"). (Dkt. No. 64.) In the Motion, Defendants request to withdraw Rachel Rolnick as counsel of record for Defendants. (*Id*. at 1.) Defendants represent that "the withdrawal will not have a materially adverse effect on Defendants, as they are still represented by counsel at Sullivan & Cromwell LLC and McKool Smith, P.C., who are fully capable of representing the interests of Defendants." (*Id*.) The Motion is unopposed. (*Id*. at 1, 4.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Rachel Rolnick be permitted to **withdraw** as counsel of record for Defendants in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Rachel Rolnick as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 21st day of August, 2025.**

_____
RODNEY   GILSTRAP
UNITED STATES DISTRICT JUDGE