**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00690-JRG |

**ORDER**

Before the Court are: (1) Orthofix, Seaspine, and Certain Individual Defendants' Motion to Dismiss the First Amended Consolidated Complaint, and (2) Defendants Bostjancic, Keran, and Valentine's Motion to Dismiss the First Amended Consolidated Complaint (the "Motions to Dismiss"). (Dkt. Nos. 50, 51.)

The Court finds that a hearing on the Motions to Dismiss is warranted. As such, the Court **ORDERS** that counsel of record for all parties appear for a hearing addressing the Motions to Dismiss set for **Thursday, February 5, 2026**, at **10:00 a.m.** in Courtroom 106 at the **Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St. Marshall, TX 75670**.

**So ORDERED and SIGNED this 27th day of January, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE