**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
|                                   x | |
| IN RE ORTHOFIX MEDICAL INC. SEC. LITIG. | No. 2:24-cv-00690-JRG<br><br>Honorable Rodney Gilstrap<br>District Court Judge |

## DEFENDANTS' MOTION FOR CONTINUANCE OF HEARING

Defendants hereby respectfully move this Court for an order resetting the February 5, 2026 date for a hearing to address Defendants' motions to dismiss the complaint.  Jeffrey Scott—who is lead counsel for Orthofix Medical Inc., SeaSpine Holdings Corp., and all but three of the individual defendants—has a four-day bench trial in New York state court beginning on February 9, 2026 in *BDC Finance LLC* v. *Barclays Bank PLC*, No. 650375/2008 (N.Y. Sup. Ct.), and has scheduled witness preparation meetings for February 2-6.

Defendants have conferred with Plaintiff and all parties would be available to attend a hearing on March 3, 2026 during the morning session before noon.

Plaintiff takes no position on this motion, and during the parties' meet and confer conference Plaintiff did not state an intention to file a response unless directed by the Court.

Accordingly, Defendants respectfully request that the Court grant a continuance of the hearing set by the Court for February 5, 2026 and to reset the hearing for March 3, 2026.

-2-

Dated:  January 29, 2026

Respectfully Submitted,

/s/ *Jeffrey T. Scott*

| | |
|---|---|
| Samuel F. Baxter | Jeffrey T. Scott (admitted *pro hac vice*) |
| Texas State Bar No. 01938000 | N.Y. State Bar No. 2890374 |
| MCKOOL SMITH, P.C. | Julia A. Malkina (admitted *pro hac vice*) |
| 104 East Houston Street, Suite 300 | N.Y. State Bar No. 5054572 |
| Marshall, Texas 75670 | Jacob E. Cohen (admitted *pro hac vice*) |
| Tel:  (903) 923-9000 | N.Y. State Bar No. 4787271 |
| Fax:  (903) 923-9099 | SULLIVAN & CROMWELL LLP |
| sbaxter@mckoolsmith.com | 125 Broad Street |
| | New York, New York 10004 |
| | Tel:  (212) 558-4000 |
| | Fax:  (212) 558-3588 |
| | scottj@sullcrom.com |
| | malkinaj@sullcrom.com |
| | cohenja@sullcrom.com |

*Attorneys for Orthofix Medical Inc., SeaSpine Holdings Corp., Jon C. Serbousek, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, Kimberley A. Elting, Stuart Essig, John Henneman, III, and Shweta Singh Maniar*

-3-

Jennifer H. Doan (TX No. 08809050)
Darby V. Doan (TX No. 00793622)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
jdoan@haltomdoan.com
ddoan@haltomdoan.com

/s/ *Adrienne M. Ward*
Adrienne M. Ward (admitted *pro hac vice*)
Kyle Bisceglie (admitted *pro hac vice*)
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2300
Facsimile:  (212) 451-2222
award@olshanlaw.com
kbisceglie@olshanlaw.com

*Attorneys for Defendants Keith C. Valentine, John Bostjancic, and Patrick L. Keran*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

Respectfully submitted,

*/s/ Jeffrey T. Scott*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h); and that Plaintiff takes no position—this motion is neither opposed nor unopposed. My colleague (Jacob Cohen) held a telephonic conference with counsel for Plaintiff (Christina D. Saler) on January 28, 2026 to discuss Defendants' request for a continuance of the February 5, 2026 hearing.  Plaintiff stated that it takes no position.

Respectfully submitted,

*/s/ Jeffrey T. Scott*