**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  | x |  |
|---|---|---|
|  | : |  |
|  | : | No. 2:24-cv-00690-JRG |
|  | : |  |
|  | : | Honorable Rodney Gilstrap |
| IN RE ORTHOFIX MEDICAL INC. SEC. LITIG. | : | District Court Judge |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION FOR CONTINUANCE OF HEARING**

Having reviewed Defendants' Motion For Continuance of the February 5, 2026 hearing, the Court finds that it should be GRANTED.

It is therefore ORDERED that the hearing set by the Court for February 5, 2026 shall be continued and reset for March 3, 2026.