IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |  |
|---|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00690-JRG |

**ORDER**

Before the Court is the Motion for Continuance of Hearing (the "Motion") filed by Defendants Orthofix Medical Inc., SeaSpine Holdings Corp., Jon C. Serbousek, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, Kimberley A. Elting, Stuart Essig, John Henneman, III, Shweta Singh Maniar, Keith C. Valentine, John Bostjancic, and Patrick L. Keran ("Defendants"). (Dkt. No. 71.) In the Motion, Defendants request that the Court reset the February 5, 2026 hearing to address their motions to dismiss the complaint (Dkt Nos. 50, 51), given that the lead counsel for Orthofix Medical Inc., SeaSpine Holdings Corp., and all but three of the individual defendants will be unavailable on that date due to obligations regarding a bench trial in New York state court. (Dkt. No. 71 at 1.) Defendants represent that they met and conferred with Plaintiff, and that "Plaintiff takes no position on this motion." (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. The hearing on the motions to dismiss (Dkt. Nos. 50, 51) is **RESET**, and the Court **ORDERS** that counsel of record for all parties appear for a hearing set for **Wednesday, February 18, 2026**, at **2:00 p.m.** in Courtroom 106 at the **Sam B. Hall, Jr. Federal Building and United States Courthouse, 100 E. Houston St. Marshall, TX 75670**.

2

So ORDERED and SIGNED this 29th day of January, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE