## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| | x | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| IN RE ORTHOFIX MEDICAL INC. SEC. LITIG. | : | No. 2:24-cv-00690-JRG |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

### DEFENDANTS BOSTJANCIC, KERAN AND VALENTINE'S NOTICE OF FILING OF MOTION TO DISMISS HEARING DEMONSTRATIVES

Defendants John Bostjancic, Patrick Keran and Keith Valentine ("Defendants") file the

attached demonstratives presented at the February 18, 2026 hearing on Defendants' Motion to

Dismiss the First Amended Consolidated Complaint (Dkt. No. 51).

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer Doan
Texas Bar No. 08809050
Darby V. Doan
Texas Bar No. 00793622
Mariah L. Hornok
Texas Bar No. 24113074
HALTOM & DOAN
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: (903) 255-1000
Email: jdoan@haltomdoan.com
Email: ddoan@haltomdoan.com
Email: mhornok@haltomdoan.com

Adrienne Ward (admitted pro hac vice)
N.Y. State Bar No. 2689461
Kyle Bisceglie (admitted pro hac vice)
N.Y. State Bar No. 2702124
Kerrin Klein (admitted pro hac vice)
N.Y. State Bar No.4829644
Giovanna Crivello (admitted pro hac vice)
N.Y. State Bar No. 5905559
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Tel: (212) 451-2300
kbisceglie@olshanlaw.com
award@olshanlaw.com
kklein@olshanlaw.com
gcrivello@olshanlaw.com

**ATTORNEYS FOR DEFENDANTS
JOHN BOSTJANCIC, PATRICK
KERAN, AND KEITH VALENTINE**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 18th day of February, 2026.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF FILING HEARING DEMONSTRATIVES – Page 2**