**In re Orthofix Medical Inc. Sec. Litig.: Confidential Witness Chart**
2:24-cv-00690

| CW | Employment Dates & & Role | Summary of Allegations Based on Direct Knowledge |
|---|---|---|
| CW 2 | Q1 2020 to Q3 2021, Executive Assistant to Bostjancic, Keran, and CW 4 | ¶ 115: CW 2 reported a female colleague who made racist comments to HR.<br><br>¶¶ 149-150: CW 2 was bullied by a female employee who would drink alcohol and go on vacation with Valentine.  CW 2 reported the bullying to CW 4 and others, but no one rectified the situation because the defendants protected the "Mean Girls. The executive assistants, particularly Valentine's, repeatedly bullied a receptionist with learning disabilities.<br><br>¶ 152: CW 2 left SeaSpine due to the workplace bullying. After announcing her notice to leave, CW 2 wrote a letter to Keran describing her previous reports of bullying to HR and Bostjancic.<br><br>¶ 153: In September 2023, CW 2 sent a LinkedIn message to SeaSpine's Chief Ethics & Compliance Officer detailing the terrible workplace culture, attaching the letter she sent to. |
| CW 4 | Jan. 2020 to May 2020, VP of HR, reported to Keran | ¶ 138: Keran told CW 4 that she was fired because she put free tampons in the women's bathroom in lieu of a new quarter machine.  CW 4 resigned and received a severance.  CW 4 found a job four weeks after her resignation.  SeaSpine sued CW 4 for severance and accused her of poaching a female employee.  CW 4 paid SeaSpine because she could not afford attorneys' fees.<br><br>¶ 143: Valentine asked CW 4 to be a part of a women's leadership group. Valentine told CW 4 she recruited the "wrong women" for the group and had not received approval for the meeting.  CW 4 believed Valentine's desire to create a women's group was a farce.<br><br>¶ 151: CW 4 received a complaint from the receptionist who was bullied by the EAs, particularly Valentine's EA.  CW 4 discussed the complaint with Valentine, Keran, and Bostjancic, but the complaint was dismissed because Davis was the "lead" EA. CW 2 said that Valentine told CW 4 to never complain about his EA again. |
| CW 5 | July 2022 to July 2024, HR Team Member | ¶ 116: In late 2022, CW 5 worked with a female employee who took a medical leave of absence due to the stress of being harassed by a male employee. No allegation of Former Executive's knowledge or involvement. |

1

13150708-1

**In re Orthofix Medical Inc. Sec. Litig.: Confidential Witness Chart**

2:24-cv-00690

| CW | Employment Dates & & Role | Summary of Allegations Based on Direct Knowledge |
|---|---|---|
| CW 1 | 2019 to 2024, Operations Manager | **¶ 102:** SeaSpine had alcohol available in office refrigerators (no date). |
| CW 3 | July 2016 to Oct. 2016, Talent Acquisition Coordinator | SeaSpine - conduct predates Merger Agreement by six years |
| CW 6 | 2012 to 2018, Marketing Positions | Orthofix – never worked with former executives. |
| CW 7 | Jan. 2018 to March 2021, Marketing and Product Positions | Orthofix – never worked with former executives |
| CW 8 | 2016 to 2019, Regional Sales Team Member | Orthofix – never worked with former executives |
| CW 9 | Jan. 2013 to Sept. 2023, Legal Dept Manager | **¶¶ 223-224:** Describes Orthofix's internal review |

2

13150708-1