**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00690-JRG |

## ORDER

Before the Court is the Agreed Motion to Amend Supplementation Date (the "Motion") filed by the lead plaintiff ("Plaintiff"). (Dkt. No. 78.) In the Motion, Plaintiff requests that the Court move the supplementation date ordered at the February 18, 2026 hearing from March 1 at 5:00 p.m. to March 2, 2026 at 5:00 p.m. given that March 1 is a Sunday. (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, the Court finds that it should be **GRANTED-AS-MODIFIED**. The Parties are **ORDERED** to submit their simultaneous filing at **12:00 p.m. central time** on **March 2, 2026**, not more than five pages.

## So Ordered this

**Feb 24, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE