**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| *In re Orthofix Medical Inc. Sec. Litig.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:24-CV-00690-JRG |

## <u>ORDER</u>

Before the Court is the Joint Motion for Extension of Time to Respond to the Complaint and to Establish Schedule for Related Briefing (the "Motion") filed by Lead Plaintiff SEPTA ("Lead Plaintiff") and Defendants Orthofix Medical Inc., SeaSpine Holdings Corp., Jon C. Serbousek, Douglas C. Rice, Catherine M. Burzik, Wayne Burris, Jason M. Hannon, James F. Hinrichs, Lilly Marks, Michael E. Paolucci, John E. Sicard, Thomas A. West, Kimberley A. Elting, Stuart Essig, John Henneman, III, Shweta Singh Maniar, Keith C. Valentine, John Bostjancic, and Patrick L. Keran ("Defendants") (together, the "Parties"). (Dkt. No. 84.) In the Motion, the Parties seek the following extensions: (1) Defendants' deadline to answer or otherwise respond to the operative complaint is extended to May 8, 2026; (2) Lead Plaintiff's deadline to file its opposition to any motion(s) to dismiss on or by June 8, 2026; (3) Defendants' deadline to file any reply in support of their motion(s) to dismiss on or by June 29, 2026. (*Id*. at 2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that each deadline is **extended** as set out above.

**So ORDERED and SIGNED this 24th day of March, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE